```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                   CASE NO. 16-60227-CR-DTKH


UNITED STATES OF AMERICA,

              Plaintiff,                  MARCH 28, 2017
         vs.
                                   WEST PALM BEACH, FLORIDA
CLIFFORD CARROLL,

              Defendant.                    PAGES 1 - 53
_____/



                TRANSCRIPT OF SENTENCING HEARING
            BEFORE THE HONORABLE DANIEL T.K. HURLEY
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:     JEFFREY KAPLAN, AUSA
                        PAUL SCHWARTZ, AUSA
                        Office of U.S. Attorney
                        400 Australian Avenue
                        West Palm Beach, Florida  33401


FOR THE DEFENDANT:      J. DAVID BOGENSCHUTZ, ESQ.
                        Bogenschutz & Dutko
                        600 S. Andrews Avenue
                        Suite 500
                        Fort Lauderdale, Florida  33301




REPORTED BY:            DIANE MILLER, RMR, CRR, CRC
                        Official Court Reporter
                        701 Clematis Street
                        West Palm Beach, Florida  33401
                        561-514-3728
                        diane_miller@flsd.uscourts.gov
```

Tuesday, March 28, 2017.

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2            THE COURT:  Good afternoon, everybody; please be
 3   seated.
 4            Is the defendant in custody?
 5            THE COURTROOM DEPUTY:  Yes, Your Honor.
 6       (Break in the proceedings)
 7            THE COURT:  Ladies and gentlemen, the next matter
 8   before the court is case 16-60227.  This is the case of the
 9   United States of America versus Mr. Clifford Carroll.
10            Let me begin, if I might, by allowing the lawyers to
11   make their appearances, and I will start by recognizing Counsel
12   for the Government.
13            MR. SCHWARTZ:  Good afternoon; Paul Schwartz on
14   behalf of the United States; with me is DEA Special Agent
15   Yasmany Cepero and IRS Special Agent Terren Gergilio
16   [phonetic].
17            THE COURT:  Welcome everybody.
18            Let me turn now to Counsel for the Defense.
19            MR. BOGENSCHUTZ:  Good afternoon, Your Honor; Dave
20   Bogenschutz on behalf of Clifford Carroll.  Mr. Carroll is
21   present in the courtroom to my right.
22            THE COURT:  Mr. Carroll, good afternoon to you, sir.
23            THE DEFENDANT:  Good afternoon, sir.
24            THE COURT:  As the parties will remember, when
25   Mr. Carroll was last before the Court, he came and he announced
```

Tuesday, March 28, 2017.

1   his decision to change his plea from a plea of not guilty to a

2   plea of guilty; and because of that, the Probation Office was

3   asked to prepare a presentence investigation report.  That

4   report, of course, has been completed and a copy has been

5   provided to each side.

6           Now, today, the Court is obligated to go through a

7   two-step process in determining what would be an appropriate

8   sentence.  The Supreme Court has told us we need to start by

9   consulting what are called the Federal Sentencing Guidelines,

10  and these guidelines when -- these guidelines were developed to

11  try to bring greater uniformity to sentencing all across the

12  United States.  So the theory behind them is that people who

13  have committed the same crime and who have pretty much the same

14  background, that they should be treated as much alike as

15  possible.  The hope, of course, is that if that occurs, the

16  whole system will be more fair.  There won't be inexplicable

17  highs or inexplicable lows; but as important as those

18  guidelines are, that they do ultimately produce a nonbinding

19  recommendation.  And because it is nonbinding, then the Court

20  is obligated to turn to another statute where Congress has

21  listed other factors that must be considered as well.

22          Now coming back to the guidelines for a minute, the

23  Court of Appeals has told us that in order to properly consult

24  the guidelines, we need to make sure that they have been

25  accurately calculated.  So to do that, we need to pause for a

1  few minutes and go back and take a second look at the

2  presentence investigation report.  First, we need to be sure

3  that the factual information in the report, that it's accurate;

4  and then, second, we need to be sure that whatever legal

5  conclusions have been drawn from those facts, that they are

6  appropriate and justified; and then finally, but very

7  important.  We need to be sure that the numbers that have been

8  generated, that they too are accurate.

9          I fully understand that when presentence

10 investigation reports are received, that many times there are

11 discussions between counsel, sometimes with the probation

12 officer.  So it's going to be my position today that no matter

13 what has been filed previously, unless something is brought

14 orally to my attention, I will assume anything that's not

15 raised has been resolved.

16         So with all of that as a background, why don't I turn

17 to Mr. Bogenschutz first to see if there are any remaining

18 factual objections.

19         MR. BOGENSCHUTZ:  Your Honor, no factual objections

20 except those objections which relate directly to the guidelines

21 that eventually are recommended and I can --

22         THE COURT:  I don't know that I understand that.  Are

23 there factual objections or are there not?

24         MR. BOGENSCHUTZ:  No, the facts are not objected to.

25         THE COURT:  Okay.  All right, I understand that.

Tuesday, March 28, 2017.

```
 1              How about from the Government's point of view,
 2    Mr. Schwartz, are there any factual objections?
 3              MR. SCHWARTZ:  No, Your Honor.
 4              THE COURT:  Okay.  Let's move then into that second
 5    category of legal issues within the guidelines.
 6              Mr. Bogenschutz, are there any legal issues left for
 7    resolution today?
 8              MR. BOGENSCHUTZ:  Only as it affects two matters --
 9    three matters that are in the presentence investigation.  One
10    is to acceptance of responsibility, one is --
11              THE COURT:  Let's go down and list them, then we will
12    go back and talk about them, just tell me what they are.
13              MR. BOGENSCHUTZ:  The acceptance of responsibility
14    denial is one.
15              THE COURT:  Okay.
16              MR. BOGENSCHUTZ:  The stacking that Probation had
17    recommended is the second one.
18              THE COURT:  Okay.
19              MR. BOGENSCHUTZ:  And then the extent of any 5K,
20    should the Court grant that at a later time, would be the last
21    one.
22              THE COURT:  You don't object to that, do you?
23              MR. BOGENSCHUTZ:  No.
24              THE COURT:  Okay.  So that really is not a legal
25    issue, but you are going to talk about, you know, what should
```

Tuesday, March 28, 2017.

1  be done.

2          MR. BOGENSCHUTZ:  Yes.

3          THE COURT:  Okay.

4          Well let's talk the acceptance of responsibility, and

5  the theory behind that is that if somebody comes to court and

6  pleads guilty, normally, they get an acceptance of

7  responsibility reduction because they have saved the Government

8  the time and the expense of the trial and so on.

9          Why is Mr. Carroll not getting the acceptance of

10 responsibility reduction?

11         Why don't I turn to the probation officer on that.

12         PROBATION OFFICER:  Yes, Your Honor.

13         Your Honor, as outlined in paragraphs 10 and 64 of

14 the presentence investigation report, while the defendant was

15 out on bond, he was making threats to kill his wife and his

16 brother, and Judge Brannon revoked his bond, so therefore,

17 based under 31.1, if the defendant doesn't voluntarily withdraw

18 from criminal activity --

19         THE COURT:  Yeah, okay.

20         What was the second paragraph you mentioned?

21         PROBATION OFFICER:  Your Honor, paragraph 10 and

22 paragraph 64.

23         THE COURT:  Sixty-four, yep.

24         Well, did Mr. Carroll talk to the Probation Office

25 and admit his involvement in the crime?

Tuesday, March 28, 2017.

```
 1              PROBATION OFFICER:  He did, yes.
 2              THE COURT:  It is really the issue of the threats.
 3              PROBATION OFFICER:  That is correct, yes.
 4              THE COURT:  Now, those are very serious matters,
 5    there is no question about that, but I believe those are
 6    matters that ought to be treated in a separate forum.  I mean,
 7    I am obligated to look at everything about Mr. Carroll, but the
 8    decision to plead guilty is a major life decision, and it has
 9    very, very serious legal consequences.  So I understand that it
10    is within my discretion to deny the acceptance of
11    responsibility acceptance, and I'm going to use my discretion
12    and allow the acceptance of responsibility.
13              I want to focus what happened in this case that's
14    been established and so on.  And again, I don't in any way pass
15    judgment on those other accusations.  They are very, very
16    serious, but they need to be dealt with separately.
17              All right.  Now let's turn to the last, one that's
18    the issue of stacking.  What is the legal objection?  I
19    understand that you don't want things to be stacked, but what
20    is the legal objection?
21              MR. BOGENSCHUTZ:  Your Honor, there is not a legal
22    objection to the stacking.  The Court has the discretion to do
23    that.  We are asking the Court -- in my pleading, I suggested
24    that we recognize that, cited the cases and the actual statute.
25    Our position is that in this case, the Court should exercise
```

Tuesday, March 28, 2017.

```
1   its direction and not stack.
2           THE COURT:  Okay.  But is it fair to say that you
3   don't have a legal objection --
4           MR. BOGENSCHUTZ:  That is correct.
5           THE COURT:  -- to it, you are just saying when you
6   would argue and talk about what the sentence should be, you
7   recommend that the Court not resort to making one sentence
8   consecutive to the other?
9           MR. BOGENSCHUTZ:  That's absolutely correct.
10          THE COURT:  I understand that.  Are you willing to
11  save that and address it in your other arguments?
12          MR. BOGENSCHUTZ:  I am, Your Honor.
13          THE COURT:  Have we covered then all of the legal and
14  factual issues within the guidelines?
15          MR. SCHWARTZ:  From the Government, yes.
16          MR. BOGENSCHUTZ:  From the Defense, yes, Your Honor.
17          THE COURT:  Okay.  Then why don't we together just
18  walk through the presentence investigation report to make sure
19  that we have these correct figures before us.
20          If we start on page 23 at paragraph 81, well,
21  previously, it was an offense level of 41, so that would be
22  changed by the Court's ruling today, and let me turn to the
23  probation officer for her help.
24          PROBATION OFFICER:  Yes, Your Honor, that would be
25  a 38.
```

Tuesday, March 28, 2017.

```
 1              THE COURT:  So we go down from a 41 to a 38.

 2              The criminal history category that is found on page

 3   26 at paragraph 95, that stays the same.  So now we go to page

 4   33 at paragraph 140.  Previously the guideline range was set at

 5   276 months; how is that changed?

 6              PROBATION OFFICER:  Your Honor, that would be 262

 7   months to 327 months; however, due to the fact that there is a

 8   20-year minimum mandatory plus the three years, it was 262 to

 9   276.

10              THE COURT:  Two sixty-two to?

11              THE PROBATION OFFICER:  To 276 ultimately.

12              THE COURT:  Two seventy-six, now run that by me one

13   more time.

14              PROBATION OFFICER:  Sure.

15              THE COURT:  Is this a case where the guidelines are

16   actually higher than the statutory cap?

17              PROBATION OFFICER:  That is correct, Your Honor.  The

18   guidelines would go up to 327 months.

19              THE COURT:  Right, but the statutory cap is what?

20              PROBATION OFFICER:  It would be -- on the one count

21   it's 240 months; and then on the second count, it's 36 months;

22   so therefore, it's 262 to 276.

23              THE COURT:  Right.

24              And just so that everybody -- and I'm sure everybody

25   does understand this.  We have had some cases or some
```

Tuesday, March 28, 2017.

1   situations in this case where people have pled guilty to a
2   crime where the statutory maximum is less than the guidelines
3   recommendation.
4          Mr. Earl, the gentleman who was just here, is a
5   classic example.  His guidelines were around nine years, but he
6   pled guilty to a crime that had a 60-month, five-year cap.  So
7   a similar thing happens in this case in that one of the counts
8   of conviction has a 240, it is a 20-year cap, and the other is
9   36 months, is that right?
10          PROBATION OFFICER:  Yes, Your Honor.
11          THE COURT:  So under no conditions could the Court go
12   above 240 on one or 36 on the other; however, sentences can be
13   imposed in one of two ways.  They can either be imposed
14   concurrently so they run at the same time; or the other
15   alternative, one sentence can run consecutive to another; and
16   so if they did run consecutive, that's where we get the 276
17   being the maximum.  And the guideline recommendation here would
18   then be 262 to 276.
19          It's interesting because the guidelines would have
20   been 262 to 327, but that's an example of what I said earlier:
21   Under no circumstances can the combined sentences be more than
22   276.
23          Okay.  Everybody agrees to that?
24          MR. BOGENSCHUTZ:  Yes.
25          MR. SCHWARTZ:  Yes, sir.

Tuesday, March 28, 2017.

1          THE COURT:  And I understand the argument that's

2   going to be made that the Court shouldn't go above 240 but

3   maybe below that, but that's an argument to be held in reserve.

4          So what we have just done is we looked at what the

5   guidelines would recommend.  Now, in this case, I think that's

6   helpful to have that before we move on; but in this case, as I

7   understand it, the Government has filed a motion pursuant to

8   Section 5K1 of the guidelines suggesting that Mr. Carroll has

9   been exceptionally helpful to the Government, and the

10  Government is asking the Court to further reduce the sentence

11  because of that extraordinary cooperation.

12         So why don't I turn to Mr. Schwartz, invite him to

13  come to the lectern to speak to that motion.

14         MR. SCHWARTZ:  Thank you, Your Honor.

15         Yes, sir.

16         The Government has filed the motion requesting a

17  reduction under 5K.  Mr. Carroll, as the Court knows, was the

18  main proponent of this fraud.  He was the individual who

19  organized, supervised, and facilitated this fraud, no question

20  in anybody's mind.  I believe that Mr. Carroll was the main

21  individual behind this fraud, so it was very significant when

22  he decided to come in and begin his cooperation.

23         Early on, I spoke to Mr. Bogenschutz, who I have

24  known for three years, and Mr. Bogenschutz was not hopeful that

25  his client would make that decision.  And because Mr. Carroll

Tuesday, March 28, 2017.

1  was, in fact, our main target, we were very serious about

2  putting the full weight of this investigation behind his

3  prosecution.

4         Well, ultimately, Mr. Carroll did decide to come in.

5  It was fairly early in this case.  So that, in and of itself,

6  is a very significant situation.  Once Mr. Carroll came in --

7  he might have been the third or fourth person in, I'm not quite

8  sure; but once he came in to make the decision to plead guilty,

9  certainly that facilitated the decision of all other defendants

10  without a doubt.

11         Now, in terms of the substance of what Mr. Carroll

12  did, the Drug Enforcement Administration and IRS met with

13  Mr. Carroll through investigators on at least 15 occasions,

14  Your Honor.  And he was debriefed about his role in this case,

15  which is extremely complex and sophisticated; and he told us

16  about the roles of all of the other co-conspirators.  He really

17  laid out the complex nature of the fraud, enabled us to get a

18  much better handle on how to progress in our investigation.

19         Mr. Carroll also decided at that time -- he was out

20  on bond -- that he was going to -- excuse me, before he was on

21  bond, that he was going to act proactively.  That is he was

22  going to consensually record conversations with other

23  individuals involved in criminal conduct.  One of those

24  individuals was a person who was prosecuted next door in Judge

25  Marra's court.  That individual had come up in prior

Tuesday, March 28, 2017.

1    investigations that I was involved with, and he was a body

2    guard, enforcer, employee of NuMed and Mr. Carroll.

3           Mr. Carroll consensually recorded conversations with

4    this individual with the design to determine whether this

5    individual was continuing in criminal conduct.  Mr. Carroll, on

6    our behalf, told this individual that "the Government is

7    looking at the activities of NuMed, and there are boxes of

8    records that are going to be subpoenaed to the grand jury, and

9    you, sir, you target -- would you help me in destroying these

10   records."

11          We have that all on tape.  In fact, this individual

12   did take those boxes of records and destroy them.  In addition,

13   this individual boasted and bragged about having weapons and

14   access to weapons and being a tough guy.

15          THE COURT:  I think I may have missed something.  Did

16   you have copies of those documents?

17          MR. SCHWARTZ:  Those documents actually were

18   destroyed.  They were records that were kept by NuMed, and they

19   were then transferred by this individual to Mr. Carroll under

20   the investigative strategy to see if this individual would

21   destroy what he knew to be grand jury records, and this fellow

22   did.

23          THE COURT:  Did you have copies of the grand jury --

24          MR. SCHWARTZ:  Yes.

25          THE COURT:  So you --

Tuesday, March 28, 2017.

```
1            MR. SCHWARTZ:  Oh --
2            THE COURT:  I was just trying to figure out --
3            MR. SCHWARTZ:  I didn't understand the question.
4            THE COURT:  Sorry about that.
5            MR. SCHWARTZ:  That would have been a problem, yes,
6  sir.
7            So anyway, this individual also bragged on tape
8  having access to numerous weapons and doing harm to law
9  enforcement that would come arrest him, all things like that.
10 So we asked Mr. Carroll if he would purchase a weapon from this
11 individual.  This individual was a convicted felon.  The
12 individual sold him a weapon also knowing that Mr. Carroll was
13 a convicted felon, so we were able to make a case on this
14 individual.  He pled guilty before Judge Marra and was
15 sentenced.
16           Mr. Carroll also told us information about a
17 potential assault or attempted murder, a murder conspiracy that
18 members of NuMed were involved in during the pendency of the
19 conspiracy with the assistance of this individual who had
20 destroyed the records.
21           Mr. Carroll was able to consensually record
22 conversations about this murder conspiracy.  It involved an
23 individual who was a business associate of NuMed who wasn't
24 following along with what the plan was for the fraud; and
25 frankly, the conspirators were talking about hurting this
```

1  fellow or even killing him.  So we have that information from

2  that individual.

3          So Mr. Carroll had numerous undercover meetings.  And

4  I will say that individual was potentially a dangerous

5  individual.  He had access to weapons, he professed to be a

6  violent person, and Mr. Carroll consented to wearing a

7  recording device with him.

8          Mr. Carroll also participated in one undercover

9  recorded meeting with that same person and a very significant

10  organized crime figure who is right now under indictment out of

11  New York.  That fellow was unequivocally a very, very dangerous

12  person.

13          Now this meeting did not result in an investigative

14  activity that we could take, but Mr. Carroll did sit down with

15  that person and record that conversation, and that took a lot

16  of courage, Your Honor.

17          Mr. Carroll was debriefed by the Drug Enforcement

18  Administration here, in West Palm, on two occasions and

19  provided information regarding an individual who also owned

20  compounding type of frauds and a corrupt doctor, and that

21  investigation is pending at this time.

22          Mr. Carroll also assisted the Drug Enforcement

23  Administration and the Office of the Inspector General,

24  Department of Justice, I believe, in regarding an investigation

25  of a person regarding the Import Export Bank of the U.S.  This

Tuesday, March 28, 2017.

```
 1   individual -- this individual had access to corrupt foreign
 2   officials in the Caribbean.  Mr. Carroll recorded the
 3   conversations with this individual.  That case is being
 4   actively pursued by the Department of Justice, by trial
 5   attorneys up there; and there is potential Mr. Carroll may
 6   actually have to testify in that case in the future, Your
 7   Honor.
 8           Mr. Carroll has obviously cooperated with the
 9   Internal Revenue Service in his own case, and it was very
10   difficult to determine where the assets were because it is so
11   convoluted.  It was such a big fraud, and he assisted us, made
12   the case much more efficient in determining the case against
13   him and also his assets.  He has given up and surrendered
14   millions and millions of dollars in assets, which are all part
15   of the preliminary forfeiture order, Your Honor.
16           And Mr. Carroll also met with Department of Defense
17   investigators regarding compounding and TRICARE, which is the
18   veteran's insurance benefits; and they are actively, at this
19   time, trying to work cases based upon the information that he
20   gave and other things.
21           So all in all, once Mr. Carroll made his decision to
22   cooperate, he certainly went into it with both feet, Your
23   Honor.  There was no question that it was substantial enough
24   that he certainly deserves a 5K, if the Court sees fit.
25           THE COURT:  And what are you recommending?
```

Tuesday, March 28, 2017.

1    MR. SCHWARTZ:  One third, Your Honor; one third off

2    the statutory max of the 240 months.  I don't know if the Court

3    wants to discuss stacking at this point.

4         THE COURT:  I would be happy to hear -- why don't we

5    limit ourselves now to the 5K1, and I intend to grant the

6    Government's motion, but I would like to reserve ruling

7    regarding the extent of the departure until I'm able to hear

8    farther from Mr. Bogenschutz and also from Mr. Carroll in that,

9    okay?

10        MR. SCHWARTZ:  Yes, thank you.

11        THE COURT:  All right.

12        Well, I think now we have covered the guidelines; and

13   because the guidelines ultimately produce a nonbinding

14   recommendation, we need to turn to Title 18 of the United

15   States Code Section 3553(a).  I think we can do that in a

16   moment or two, but first the law requires that I ask

17   Mr. Carroll a question.

18        Mr. Carroll, the question is whether you are aware of

19   any problem or any difficulty, whatever would be called a legal

20   impediment that would actually stop the Court today and prevent

21   the Court from announcing any sentence at all in your case.

22   Are you aware of any problem like that, sir?

23        THE DEFENDANT:  No, sir.

24        THE COURT:  All right; well, thank you.

25        No legal cause having been shown why no sentence of

Tuesday, March 28, 2017.

1  law should not be imposed, I would be more than happy to hear
2  whatever you like to say.  If it is okay with you, I would
3  begin by inviting Mr. Bogenschutz to speak on your behalf.
4          MR. BOGENSCHUTZ:  Thank you, Your Honor.
5          Your Honor, if it please the Court, Mr. Schwartz
6  under any responsible measuring device, this is an extremely
7  serious case.  It is simply for the amount of money that was
8  declared lost and which the defendant has conceded appeared to
9  be an accurate resolution and an accurate computation; and
10  certainly just as much, I think, because of the potential harm
11  that the kinds of prescriptions that were given out for pain
12  creams may have caused or had potential to cause individuals
13  who are not really understanding or taking real cognizance of
14  what kind of pain medication they really needed in cases as
15  opposed to what they were being sold.
16          That being said, I would respectfully suggest to the
17  Court that the kinds of things that Mr. Schwartz has mentioned
18  with his 5K, I would like to supplement just briefly, if it
19  please the Court.
20          I think the agents here can probably tell you, but I
21  think they prefer not to use names that there were probably 30
22  to 40 separate pharmacies that were identified by Mr. Carroll
23  as pharmacies that should be looked at specifically who were
24  involved in this scheme or were involved in schemes similar to
25  this that he learned through his time that he had as what we

Tuesday, March 28, 2017.

1  concede would be the leader of this organization.  And

2  certainly, I think that the four-level increase suggested by

3  Probation is an appropriate four-level increase based upon the

4  facts and circumstances of this case.

5          The interesting thing about that is that his

6  cooperation began to spread exponentially because he went from

7  just this small -- I say small, the indictment itself, the

8  information itself and what was alleged isn't small; but with

9  respect to the other types of things that he was anxious to

10  talk about beyond this issue, there were other -- multiple

11  other pharmacies, multiple other pieces of information

12  including the foreign corrupt practices information that I

13  specifically attended with him with the Department of Justice

14  that targeted public officials in another country who were

15  clearly taking bribes in order to make sure that their country

16  was used as a stopping-off place for ingredients from other

17  parts of the world so they could be sneaked into the United

18  States, basically, at a much, much lower price so it would

19  exponentially increase the amount of profit.

20          Mr. Robelle [phonetic] of DOJ, has authorized me and

21  obviously Mr. Schwartz to advise the Court that this

22  investigation, just the FCPA investigation consisted of

23  approximately seven recording devices with the FCPA target, as

24  well as other meetings.  There is another investigation that

25  may, in fact, be presented to a United States Attorney at some

Tuesday, March 28, 2017.

1  point, not DOJ, that sprung out of that as well.  That was all

2  at a time when he was cooperating with the Government here and

3  in other places, and at the time when the Department of Justice

4  basically notified me that they would be interested in talking

5  to him, if he would do it.  Separate and apart from anything

6  going here, we set up that meeting -- several meetings, met

7  with them at the FBI office in Miramar on at least four

8  occasions.

9           I think it should not be lost to the Court about this

10  individual that Mr. Schwartz discussed with the firearms.  This

11  is an individual who I have attached to pleadings the actual

12  complaint that was filed against him that resulted in his

13  charges for which he pled.  It is a very disturbing complaint,

14  and the most disturbing things about it, besides the fact that

15  it talked about endeavoring to influence and impede a federal

16  grand jury, which he cooperated with, and a singular sale of a

17  firearm is the comments that he made during the time that he

18  was actually cooperating and were caught on audiotape that if,

19  in fact, "any officers come through my door, they are going to

20  get the F-ing scare of their life because I got it right behind

21  my bedroom door; I got it by the other one; when I come out of

22  the bedroom, and I put it around the corner, they going to drop

23  to the ground.  They are going to be on the news, that's for

24  sure."

25           And then later, if they were talking about referring

Tuesday, March 28, 2017.

1  all to -- all of his weapons kept at his residence to prevent

2  law enforcement seisures suggesting that "they going to have a

3  problem if they come to my house."

4          This is an individual, Judge, who once he was

5  arrested -- Mr. Carroll was actually in custody himself --

6  suggestions were made by the Government at my request and also

7  myself that since they may both be at Gun Club Road, it would

8  be very obvious if that individual read this complaint who that

9  informant was, that cooperating witness.

10          Incredibly, they were put in the same pod.  It is a

11  very, very dangerous man.  Mr. Carroll luckily saw him there,

12  ran to one of the guards and said, "I'm not supposed to be with

13  him," and managed to get out of that jail cell.

14          Before he got out, this individual saw him, waived at

15  him, and made a cutting motion across his throat which scared

16  him, to begin with, since his wife is still out on the street;

17  but then later when he pled and went into the holding cell, the

18  Marshals Service, and was waiting to be taken back to Gun Club

19  Road, two individuals who were in that person's cell came over

20  to them and said to each other, "That's the guy that that guy

21  is paying us to hurt."  This is something that is going to be

22  following him throughout of the course of wherever he is.

23          One of the things that Mr. Schwartz did not suggest

24  to you, and I'm not so sure he knew it, at this point; but he

25  talked about that person having pled to the firearms charge.

Tuesday, March 28, 2017.

1    He didn't plead to the impeding or obstructing charge, he pled

2    to an information in the firearm charge; in fact did appear in

3    front of Judge Marra at a time when the final -- or these --

4    the maximum sentence that he could have received for that

5    firearms charge was 10 years.  This is an individual who is a

6    prior convicted felon himself for violations of the sexual

7    offender statute in another state.  He received 18 months on a

8    ten-year sentence.  At least a category two witness which will

9    mean that he will be out rather rapidly.  The defendant will be

10   in much longer than 18 months, but he will get out at some

11   point, and it is going to create a very difficult time for him

12   in custody waiting to see if something happens to his family as

13   a result of this.

14          Now, that's just those issues.  Mr. Schwartz is

15   absolutely correct that the other two individuals that he

16   talked about, a high ranking member of an organized crime

17   family in Pennsylvania and an individual who has his own issues

18   of violence in the past were the two people that he cooperated

19   against, again neither one of which rose to the level of

20   cooperation to the extent that they were arrested.  I'm not

21   sure what happened with either one of those.  I think both of

22   them may have sniffed out what was going on and walked away;

23   very, very serious issues with very serious people,

24   nevertheless put himself in harms way on three separate

25   occasions, three different individuals, multiple separate

1    occasions.

2          One of those conversations that took place with the

3    organized crime member that I just discussed actually happened

4    in his restaurant at a time when his meeting the individual's

5    restaurant just as easy to pat him down and find a recording

6    device there as anyplace else.  Nevertheless, he had promised

7    to cooperate, and he did cooperate.

8          The other cooperation -- and I appreciate the Court

9    giving me the opportunity to say these.  The other cooperation

10   Mr. Schwartz mentioned is extremely significant just in the

11   amount of individuals and the number of people and the amount

12   of potential money they may secure for the Government.

13         He did a very stupid thing, Judge.  He is a stone

14   cold alcoholic, the PSI seems to indicate that.  He is -- while

15   he was on Pretrial Services and the offense that was discussed

16   by the Court with Probation that resulted in these threats --

17   his wife is here today -- she would tell you that he was

18   completely intoxicated when he did that.  He has had a drinking

19   problem that everybody recognizes and realized.  He takes stops

20   and starts on it which is why I filed a motion for the RDAP

21   program for him in the Bureau of Prisons.

22         One other thing I would like the Court to take

23   particular cognizance of.  You know, there is a certain amount

24   of -- as we lawyers would like to do, a certain amount of

25   discussion that we have among ourselves and also among the

```
 1  various clients in courts that we represent people in front of
 2  us that talk about the disparity between defendants and how we
 3  deal with -- and the Court mentioned this a few moments ago,
 4  that there is a certain amount of disparity that the Court and
 5  the guidelines try to mitigate, try to eliminate.
 6          In this particular case, Judge, we have a situation
 7  where a codefendant in this case, Mr. Stephens, this Court
 8  sentenced to 120 months.  He had a 240-month maximum sentence.
 9  Mr. Stephens was similarly responsible for $172 million, $172
10  million which is what my client was responsible for as well
11  along with Mr. Clinton, a mind boggling number in a short
12  period of time.
13          Mr. Stephens, besides having this problem, our
14  information that he was arrested during the time that he was on
15  Pretrial Services, pretrial release, on a state charge where he
16  is alleged to have been involved in a theft of approximately
17  $10 million worth of property.  Mr. Stephens got 120 months.
18          Mr. Hansen also -- approximately 30 million, I think
19  Mr. Hansen was involved with.  Mr. Hansen also lied to agents
20  in obstructing the grand jury which he pled to.  Mr. Hansen got
21  97 months.  Neither of those individuals cooperated, if at all,
22  to any extent the same level as this defendant did nor did they
23  place their lives in danger, the lives of their family in order
24  to cooperate.
25          So as I say, although by any measuring device, this
```

Tuesday, March 28, 2017.

1   particular charge is an extremely serious charge and

2   deserving --

3           Pardon me, my friend.

4           -- of serious punishment.  I would like the Court and

5   I ask the Court to consider those other charges against other

6   individuals at the time that they got them and match that

7   against what this defendant has done -- all of his cooperation,

8   everything that he has done for the Government and everything

9   he has jeopardized himself to do -- his early cooperation, the

10  meetings he has had with the Government.

11          Two of the Government agents are Here in the

12  courtroom.  If the Court had any potential questions, I'm sure

13  that they would be happy to answer them.

14          But in looking at the four historical reasons for

15  sentencing, it would be punishment, deterrence, rehabilitation

16  and protection.  I would suggest to you, Judge, that this

17  defendant is a person, at his age, who gets a significant

18  sentence, that that is not going to bring him back to this

19  courtroom ever again except for having the Court terminate his

20  probation or supervised release.  I say "probation" only

21  because I think some period of probation after a substantial

22  sentence, not in lieu of a substantial sentence, I'm asking the

23  Court to consider a sentence that is more than the Government

24  has suggested as far as cooperation is concerned and a 5K, but

25  to craft a sentence that is more in line with the sentences

1   received by the two individuals I just mentioned than it is by

2   constructing it from a potential 240 months, if the Court gives

3   us the benefit of that as opposed to 276.  That is a

4   significant sentence.  It is a sentence that sends a message to

5   this community.  It is a sentence that rewards him for the kind

6   of cooperation that he has brought to the table in this case,

7   and I think it does justice.

8           Thank you.

9           THE COURT:  Thank you.

10          Mr. Carroll, would you like to address the Court?

11          THE DEFENDANT:  Thank you, Your Honor.  I'm a little

12   emotional so.

13          I recognize that I made some very poor decisions in

14   the past.  I know I deserve to be punished for my actions.

15   Since I have been incarcerated, I have been able to realize

16   just how bad my drinking problem actually is.  I'm glad to have

17   the opportunity to really get treatment and to be able to

18   hopefully stay sober and not make these mistakes that I made in

19   the past.

20          When I met with the Prosecution and recognized the

21   severity of my actions and how they would affect not only

22   myself but my wife, that I had asked that if I were to fully

23   cooperate, that she be left alone and not involved for my

24   mistakes, and they agreed to do so.  In doing that, that I have

25   given everything, any information, any requests, any meetings,

1  whether these individuals were people that I had done business

2  or whether they were people that had claimed to have committed

3  murders or had people killed before knowing that was going to

4  put myself and my wife at risk.

5       I'm glad that I have done what I have done.  I'm glad

6  that my eyes are now open, that I recognize my mistakes, and

7  now what I have been able to see, how I need to live my life

8  and become a positive person in society, not only for myself

9  but for my family and my loved ones.

10       I take responsibility for my actions, and I know that

11  I deserve a significant jail sentence.  I ask for your

12  leniency.  I ask for treatment, and I put myself in your hands

13  and your judgment and wisdom to make the right decision.

14       THE COURT:  Mr. Carroll, I'm interested.  How did you

15  ever learn to do all of this?  What is your background that got

16  you into this?

17       THE DEFENDANT:  I played soccer in college, when I

18  injured my knees and I could no longer continue to play sports.

19       THE COURT:  You have had some serious operations on

20  your knees, haven't you?

21       THE DEFENDANT:  I have meniscal removal in both

22  legs --

23       THE COURT:  All because of sports activity?

24       THE DEFENDANT:  Four of my five knee surgeries have

25  been sports activities, one from a motorcycle accident; I have

Tuesday, March 28, 2017.

1   had two shoulder surgeries at this point; close to 50 broken

2   bones in my life.

3          THE COURT:  Where did you get the understanding of

4   the medical pharmacy-type operation?

5          THE DEFENDANT:  When I left playing sports, then I

6   went to massage therapy school.  When I was in college, I was

7   online to be a biology major, that was what my plan was;

8   eventually possibly to go to medical school.  So I had a slight

9   background there, and I had been a personal trainer since I was

10  younger.

11         After massage therapy school, I started working at

12  nutrition shop with nutriceuticals which are

13  over-the-counter --

14         THE COURT:  Right, I remember you telling me that.

15         THE DEFENDANT:  We specialized in detoxification,

16  natural detox, not drug detox but cleansing of the body, the

17  intestinal system, liver, heavy meatal chelation, parasites,

18  candida which is bacteria, diet, exercise.  So the combination

19  of all of these affects gave me a good well-rounded

20  understanding of the body, how it functioned from that point.

21  Then I moved into working for a nutriceuticals company.  At

22  that company, we opened up a pharmacy eventually.  I was the

23  first employee of that company and ended up, before I left

24  there, being the chief operational officer.

25         THE COURT:  Right.

Tuesday, March 28, 2017.

```
 1              THE DEFENDANT:  Vice president of operations, the
 2    equivalent for chief operating officer.  For eight years
 3    working there, I obtained the knowledge of how a pharmacy
 4    worked, how medications were made and --
 5              THE COURT:  It went from there.
 6              THE DEFENDANT:  Yes.
 7              THE COURT:  Okay, well, thank you.  I was interested
 8    in that.
 9              Is there anything else you wanted to tell me?
10              THE DEFENDANT:  Just thank you for the opportunity to
11    speak with you, sir.
12              THE COURT:  All right, thank you very much.
13              I have to tell you, you look dramatically different.
14    Have you lost weight in jail?
15              THE DEFENDANT:  I lost 30 pounds.
16              THE COURT:  Well, you really -- I have noticed the
17    picture that they had on the presentence investigation report,
18    you look like a different person.
19              THE DEFENDANT:  I started taking medication.
20              THE COURT:  Are you feeling better now?
21              THE DEFENDANT:  I started taking medication for blood
22    pressure the day before I was incarcerated, and I stopped over
23    a month ago because my blood pressure was getting too low.  I
24    have diligently exercised between an hour and three hours a
25    day, every day.  I have made sure I don't eat the cakes and
```

Tuesday, March 28, 2017.

1  cookies and the things like that; I eat as much vegetables and

2  proteins as I can.  I'm trying to make better of my life.

3      THE COURT:  Have you been participating in any kind

4  of Alcoholics Anonymous, any program like that, or don't they

5  have that?

6      THE DEFENDANT:  They have a couple meetings there,

7  but the people who have been in them that I have spoken to, it

8  is more or less for people from different pods to be able to

9  get together.  It is not really an effective program.  I'm

10  really hoping to be able it to go to a place like Pensacola

11  that has a very strict RDAP program and be able to get the true

12  benefit of people who are really trying to help you.

13      THE COURT:  Okay.  Thank you; thank you very much.

14      THE DEFENDANT:  Thank you, sir.

15      THE COURT:  Let me turn now, if I might, to

16  Mr. Schwartz to allow him to speak and get the benefit of the

17  Government's assessment.

18      MR. SCHWARTZ:  Yes.  Thank you, Your Honor.

19      As is obvious, this was an incredibly complex case.

20  It was difficult for me, as prosecutor, and for the agents, I

21  believe, to just get a master understanding of the medicine,

22  the business side, so that we could confront the targets and

23  the lawyers.  We had to educate the lawyers before they could

24  properly advise their clients.  It was quite an undertaking;

25  and having Mr. Carroll fairly early on assisting us in that

Tuesday, March 28, 2017.

1  really did expedite and make our job much easier.  There is no

2  question about it.

3          Again, Your Honor, the fact that Mr. Carroll being

4  the absolute top of the pyramid deciding to cooperate was very

5  beneficial.  But on the other hand, the aggravating

6  circumstances are he was the top, and this was an extremely,

7  extremely complex sophisticated and profitable fraud, $172

8  million.  And I dare say, you know, had we not been able to

9  shut it down through a search warrant when we did, who knows

10 what this would have been.

11         It obviously affects the public greatly.  The

12 insurance premiums that we pay are all dependent upon that.

13 We, as the Court is aware in this information, we have several

14 doctors, and there are other doctors who are still targets.

15 And I have sat down and met with those doctors.  And as the

16 Court said, with all of the concerns about the various

17 healthcare plans, insurance plans, you still have this inherent

18 fraud.  And with the medical practitioners and individuals who

19 are willing to participate in that fraud, it doesn't matter

20 what the law is because they are going to take advantage of it.

21 So something like this sends a message to the public, a

22 deterrent value that this is not going to be tolerated.

23         All this being said, Mr. Carroll was top of the

24 pyramid.  He started and controlled everything.  There is no

25 question he would contest that.  On the other hand, we have to

Tuesday, March 28, 2017.

1  balance the amount of cooperation.  He did cooperate very

2  substantially, Your Honor.

3       The Government would not oppose Defense request that

4  these two statutes -- these two crimes be run concurrently.  I

5  believe it would be only proper, based upon the entire view of

6  all of the defendant's, that Mr. Carroll -- that the Court's

7  analysis start at 240 months rather than 276; and based upon,

8  that, the Government would recommend one third off the top of

9  the guideline range for the RICO, which is 240 months.  So one

10  third of that, Your Honor, I believe would be a sufficient

11  sentence to send a message to the public and deter this type of

12  conduct and to punish Mr. Carroll for his own criminal

13  activity.

14       THE COURT:  Thank you very much.

15       MR. SCHWARTZ:  Thank you, sir.

16       THE COURT:  Well, we have started out today, of

17  course, by looking at the guidelines; and as has happened in a

18  couple instances in this case, the guidelines really go way

19  above the statutory caps even when you could resort to stacking

20  and having sentences run consecutively.  That's clearly because

21  of the loss.  What drives the fraud guidelines is the amount of

22  loss or the gain to the person.  So you know, while some of

23  those seem pretty arbitrary, I think we all have to acknowledge

24  that 170-some-odd-million is a staggering amount.

25       Having looked at the guidelines, the Court needs to

1  turn to Title 18 of the United States Code, Section 3553(a).

2  Before doing that, I want to just talk about the Government's

3  decision to file a 5K1 motion.

4        That's an extraordinary motion that the Government

5  has.  I know they take it very seriously and are thoughtful in

6  their recommendations.  I have to be candid with you.  It has

7  always seemed a little bit unusual that the person who is the

8  most culpable in a criminal activity, if they are smart

9  enough -- and people sometimes are not, but if they go over to

10 see the Government, usually they have the most information of

11 anybody, and their cooperation is enormously valuable.  So

12 Mr. Carroll did that, and he has done some other things that

13 are fairly remarkable in terms of his own safety, maybe even

14 the safety of his family, and he is to be commended for that,

15 and I'm certainly going to consider that.

16        Now, coming back to Title 18, I'm required to look at

17 the nature and the circumstances of the offense.  And I have

18 mentioned before, this is a fairly sophisticated, very complex

19 fraud case starting with this concept of compounded medication,

20 a completely legitimate concept, but one that can result in

21 very expensive medications.  And I'm told that they run

22 anywhere from 3,000 to 30,000 for a tube, or however it is

23 dispensed and, of course, that accounts for the

24 170-million-dollar figure, when you look at it in its totality.

25        The complexity of the fraud, though, really is

Tuesday, March 28, 2017.

1    remarkable.  I have said before and I suppose it sounds a

2    little bit trite, but sometimes you look at people and you

3    marvel at their intelligence, the understanding of the

4    system -- in this case, the healthcare system -- and you just

5    wish that they had put a tenth of this ingenuity into a

6    legitimate enterprise because this is a remarkably complex

7    matter.  It involved turning to people -- I know Mr. Earl is in

8    the courtroom, but it involved turning to people who were

9    respected members of the community in seeking their assistance.

10   It involved -- I'm not sure what the right word is, whether it

11   is "seducing" or "luring" because some of these people, it

12   didn't take a great deal to jump in, but I'm talking about

13   doctors who clearly, for money, agreed to write prescriptions

14   they knew were not justified, and then the masking of the whole

15   enterprise by the software venture that was kind of the facade

16   that was established.  It frankly it is quite remarkable.

17          So you know, on the one hand, Mr. Carroll comes

18   before the Court as the beneficiary of the 5K1, but at the same

19   time, and Mr. Schwartz didn't quite put it this way, but I

20   think Mr. Carroll is in part the brains behind this, to a large

21   extent, and he bears that responsibility.

22          Now I'm also, of course, obligated to look at the

23   history and characteristics of the defendant, and Mr. Carroll

24   is before the Court with a criminal history category of two.  A

25   lot of this is attributable to things he did as a younger man

```
 1  and maybe there is a lot of driving which probably involves
 2  drinking as well and fleeing and eluding the police, things of
 3  that nature; and there are some other things when he was much
 4  younger.  One hopes that as you mature and, you know, grow up
 5  and with your family, that you try to conduct yourself more
 6  carefully.
 7           I do think this instance with your wife and the
 8  family members, it illustrates the drinking issue and how
 9  incredibly dangerous that is to you and how destructive it is
10  to the family.  I mean, you have to recognize that.  You are
11  the only fellow who can deal with that.  But unfortunately,
12  that really can be a destructive thing in our lives, and I hope
13  very much that you can deal with that.
14           Now, I'm obligated to impose a sentence that reflects
15  the seriousness of this crime, one that would promote respect
16  for the law.  I have to be concerned about deterrent and
17  deterrence -- and I say this to you, you are a young man,
18  Mr. Carroll.  I need to make sure that this really impresses
19  upon you that if someone takes the ingenuity that you have and
20  you decide to try again in another fraudulent scheme, the
21  consequences are catastrophic.  So I have to be concerned and I
22  want to be candid with you.  I am concerned about that.  And I
23  have to also, of course, be concerned about the concept of
24  general deterrence.
25           I'm not sure what people would say as to what you do,
```

Tuesday, March 28, 2017.

1  if you thought you could get $170 million and what are the

2  risks of getting away it as opposed to being caught.  So you

3  know these crimes, and I have said this before.  When you are

4  talking about these white color crimes, although actually, when

5  you think about it, it is true of many types of crimes, whether

6  it be the drug business or anything else, people are in it, by

7  and large, for the money.  So the word has to go out that okay,

8  you do that, sometimes you can make a fortune, but if you get

9  caught, the consequences are equally serious.

10         I have considered all of these factors and, most

11  importantly, the -- Mr. Carroll's assistance to the Government,

12  tried to factor that in appropriately.  I'm not going to add

13  one sentence on top of the other.  I think that I can achieve

14  the goals that Congress has set forth by having the sentences

15  run concurrently.

16         Therefore, it is the judgment of this Court that the

17  defendant, Clifford Carroll, is to be committed to the United

18  States Bureau of Prisons to be imprisoned for a term of 180

19  months as to count one, and 36 months as to count five; and

20  those sentences are to run concurrently, at the same time.

21         I'm further going to order that Mr. Carroll make

22  restitution to the victims on the attached list; and because

23  that amount has not been determined, I will retain jurisdiction

24  for a 90-day period.  And I will tell the lawyers now that if

25  they can reach some agreement on that figure, I would very much

Tuesday, March 28, 2017.

1  appreciate it and am open to consider that and add that as the

2  restitution figure.

3         Mr. Carroll, with respect to the restitution, if you

4  are able to obtain a job with the prison industries or

5  sometimes it is referred to as a UNICOR job, then you are to

6  remit 50 percent of the wages earned toward the satisfaction of

7  that restitution figure that will be set in the future; if not,

8  you are to pay $25 per quarter toward the payment of that

9  restitution; and upon your release from imprisonment, you are

10  to pay restitution at the sum of 10 percent of your monthly

11  gross earnings.  And of course, none of this prohibits the

12  Government from using other anticipated or unexpected financial

13  gains to satisfy the restitution.

14         Mr. Carroll, upon your release from imprisonment, you

15  will be placed on supervised release for a term of three years.

16  This term consists of three years as to count one and one year

17  as to -- hold on a minute.  It says count three, but I think it

18  is really count five.

19         PROBATION OFFICER:  Yes.

20         THE COURT:  One year as to five, and that runs

21  concurrently with the supervised release on count three --

22  county one, rather -- forgive me -- so they will be served

23  concurrently.  So it is effectively one term of supervised

24  release.  It is a three-year term.

25         Please remember, Mr. Carroll, that while you are on

Tuesday, March 28, 2017.

1  supervised release, you must not commit any other crime.  You

2  are prohibited from possessing a firearm.  That is really a

3  serious limitation, you want to act responsibly in that regard;

4  and, of course, you must not possess, you must not use any

5  illegal drug.

6          Now I want you to comply with the standard conditions

7  of supervised release, and they are going to be explained to

8  you in detail by the probation officer; but over and above

9  those standard conditions, I'm going to add the following

10  special terms and conditions.

11          By the way, I realize now, we need to add, is it the

12  final judgment of forfeiture here?

13          MR. SCHWARTZ:  I don't have it, Your Honor, no.

14          THE COURT:  But does that have to be included in the

15  judgment of conviction?  It's not the preliminary, it's the

16  final.

17          MR. SCHWARTZ:  What I have been told, Your Honor,

18  from our corporate people is that the Court should state on the

19  record that the preliminary order of forfeiture entered by this

20  Court previously is incorporated into the judgment and

21  commitment order.

22          THE COURT:  But it's the preliminary, not the final?

23          MR. SCHWARTZ:  Yes, sir.

24          THE COURT:  -- final.

25          MR. SCHWARTZ:  Yes, sir.  You give that to

Tuesday, March 28, 2017.

1    Mrs. Richardson, the courtroom deputy, and I'll add that.

2            So let me add the special conditions that I was

3    mentioning.

4            First, I don't want you to have any more contact with

5    any of the codefendants in the case.

6            Secondly, I want you to participate in an approved

7    treatment program for alcohol and drug abuse, substance abuse,

8    and abide by all of the supplemental conditions of treatment.

9    Your participation may include inpatient or outpatient

10   treatment or a combination of those modalities, whatever is

11   deemed necessary and beneficial by the treatment provider; and

12   you are to contribute to the costs of the services rendered by

13   making a copayment based on your ability to pay or upon the

14   availability of third-party payment.

15           I want you to provide complete access to your

16   financial information including the disclosure of all business

17   and personal finances.  I also want you to cooperate fully with

18   the Internal Revenue Service to determine and pay all tax

19   liabilities.  You must provide to the Internal Revenue Service

20   all requested documents and information for purposes of any

21   civil audits, examinations, collections, or other proceedings.

22   It is further ordered that you file accurate income tax returns

23   and pay all taxes, interest, and penalties due and owing by you

24   to the Internal Revenue Service.

25           Finally, while on supervised release, you must submit

1  to a search of your person, your property, and your home.  That

2  search to be conducted in a reasonable manner and done at a

3  reasonable time by the probation officer.

4        Now I do want the record to reflect that I've looked

5  carefully at Mr. Carroll's financial situation bearing in mind

6  there will be a restitution requirement.  I have concluded that

7  Mr. Carroll does not have the ability to pay a monetary fine.

8  It is for that reason that no monetary fine was imposed;

9  however, I am obligated and I do order that Mr. Carroll pay

10 special assessments to the United States in the sum of $100 as

11 to each of the two counts of conviction.

12       Now, I am aware of paragraph 17 in the plea

13 agreement, but I'm obligated to tell Mr. Carroll that he has

14 the right to take an appeal from the judgment and the sentence

15 announced here today.  And I want you to know that if you would

16 like to take appeal and you do not have the money yourself to

17 hire a lawyer to represent you on appeal, please know that I

18 would, in fact, appoint counsel to represent you.

19       In order to take an appeal, you need to file a piece

20 of paper that is called a "notice of appeal," and that notice

21 must be filed within 14 days of the day when the judgment and

22 sentence are entered on the books of the court.

23       Now, Mr. Carroll, I know because it was represented

24 to me that you have done some very important things for the

25 Government and, indeed, there may be other things as well in

Tuesday, March 28, 2017.

```
 1   the future.  I just want you to hear it directly from me.  I
 2   welcome the opportunity to consider a Rule 35 motion, if and
 3   when the Government finds itself in the position to do that.
 4   This case involving the Caribbean sounds like a very important
 5   case, so I'll leave that up to you and matters that you feel
 6   you are able to do or not able to do.
 7          Now, before I conclude today, it is my obligation to
 8   elicit from Counsel for both sides their fully articulated
 9   objections to the Court's findings of fact and conclusions of
10   law and also elicit any objections to either party has to the
11   manner to which the sentence has been imposed.
12          Let me begin by turning to Mr. Schwartz.
13          MR. SCHWARTZ:  Nothing from the Government; thank
14   you, Your Honor.
15          THE COURT:  Let me come now to Mr. Bogenschutz for
16   the Defense.
17          MR. BOGENSCHUTZ:  No, Your Honor, we would like to
18   address two minor items.
19          THE COURT:  Absolutely.
20          MR. BOGENSCHUTZ:  May I?
21          THE COURT:  Sure.
22          MR. BOGENSCHUTZ:  Judge, consistent with what we have
23   been talking about here, we would request that the Court
24   recommend the Bureau of Prisons 500 hour --
25          THE COURT:  I do.
```

Tuesday, March 28, 2017.

```
 1              MR. BOGENSCHUTZ:  -- RDAP program.

 2              And as much as the defendant's mother is in Atlanta

 3   and his father is in Tallahassee, we would ask the Court to

 4   recommend to the Attorney General that he be designated to

 5   either Pensacola, Jessup, Tallahassee, or Coleman, in that

 6   order.

 7              THE COURT:  Okay.

 8              Will you give those to Miss Richardson and see if we

 9   can't get those into the --

10              I want you to know, Mr. Carroll, I don't have the

11   legal authority to tell the Bureau of Prisons where somebody

12   must be housed, but I would suggest to you this.  I think the

13   first and most important -- well, there are two things,

14   actually.  I think an institution that has the program that you

15   are talking about, a legitimate program dealing with alcohol

16   abuse; but secondly, I think a facility that has the right

17   security designation, that's really important.  But I'm more

18   than happy to put this, and I hope very much that the Bureau of

19   Prisons can accommodate that request.

20              Okay.

21              MR. BOGENSCHUTZ:  Thank you, Judge.

22              THE COURT:  Is there anything else to come before the

23   Court?

24              MR. SCHWARTZ:  Not from the Government; thank you.

25              THE COURT:  Thank the family for being here.  I know
```

Tuesday, March 28, 2017.

1   it means a lot to Mr. Carroll.  Thank you all.

2        MR. SCHWARTZ:  Thank you, Your Honor.

3      (PROCEEDINGS ADJOURNED AT 4:08 p.m.)

4                **C-E-R-T-I-F-I-C-A-T-E**

5          I hereby certify that the foregoing is

6      an accurate transcription and proceedings in the

7      above-entitled matter.

8

   *9/12/2018*                    */s/DIANE MILLER*
9    DATE                    DIANE MILLER, RMR, CRR, CRC
                             Official Court Reporter
10                           United States District Court
                             701 Clematis Street, Room 259
11                           West Palm Beach, FL  33401
                             561-514-3728
12

13

14

15

16

17

18

19

20

21

22

23

24

25

                  Tuesday, March 28, 2017.

MR. BOGENSCHUTZ: [20]  2/18 4/18
4/23 5/7 5/12 5/15 5/18 5/22 6/1 7/20
8/3 8/8 8/11 10/23 18/3 41/16 41/19
41/21 41/25 42/20
MR. SCHWARTZ: [20]  2/12 5/2 8/14
10/24 11/13 13/16 13/25 14/2 14/4
16/25 17/9 30/17 32/14 38/12 38/16
38/22 38/24 41/12 42/23 43/1
PROBATION OFFICER: [11]  6/11
6/20 6/25 7/2 8/23 9/5 9/13 9/16 9/19
10/9 37/18
THE COURT: [64]
THE COURTROOM DEPUTY: [1]  2/4
THE DEFENDANT: [12]  2/22 17/22
26/10 27/16 28/4 28/25 29/9 29/14
29/18 29/20 30/5 30/13

$
$10 [1]  24/17
$100 [1]  40/10
$170 [1]  36/1
$172 [3]  24/9 24/9 31/7
$25 [1]  37/8

/
/s/DIANE [1]  43/8

1
10 [4]  6/13 6/21 22/5 37/10
120 [2]  24/8 24/17
14 [1]  40/21
140 [1]  9/4
15 [1]  12/13
16-60227 [1]  2/8
16-60227-CR-DTKH [1]  1/2
17 [1]  40/12
170-million-dollar [1]  33/24
170-some-odd-million [1]  32/24
18 [5]  17/14 22/7 22/10 33/1 33/16
180 [1]  36/18

2
20-year [2]  9/8 10/8
2017 [1]  1/4
2018 [1]  43/8
23 [1]  8/20
240 [8]  9/21 10/8 10/12 11/2 17/2
 26/2 32/7 32/9
240-month [1]  24/8
259 [1]  43/10
26 [1]  9/3
262 [5]  9/6 9/8 9/22 10/18 10/20
276 [9]  9/5 9/9 9/11 9/22 10/16 10/18
 10/22 26/3 32/7
28 [1]  1/4

3
3,000 [1]  33/22
30 [3]  18/21 24/18 29/15
30,000 [1]  33/22
31.1 [1]  6/17
327 [3]  9/7 9/18 10/20
33 [1]  9/4
33301 [1]  1/19
33401 [3]  1/15 1/24 43/11

35 [1]  41/2
3553 [2]  17/15 33/1
36 [4]  9/21 10/9 10/12 36/19
3728 [2]  1/24 43/11
38 [2]  8/25 9/1

4
40 [1]  18/22
400 [1]  1/15
41 [2]  8/21 9/1
4:08 [1]  43/3

5
50 [2]  28/1 37/6
500 [2]  1/18 41/24
53 [1]  1/7
561-514-3728 [2]  1/24 43/11
5K [5]  5/19 11/17 16/24 18/18 25/24
5K1 [4]  11/8 17/5 33/3 34/18

6
60-month [1]  10/6
600 [1]  1/18
60227 [1]  2/8
64 [2]  6/13 6/22

7
701 [2]  1/23 43/10

8
81 [1]  8/20

9
9/12/2018 [1]  43/8
90-day [1]  36/24
95 [1]  9/3
97 [1]  24/21

A
abide [1]  39/8
ability [2]  39/13 40/7
able [13]  14/13 14/21 17/7 26/15
 26/17 27/7 30/8 30/10 30/11 31/8
 37/4 41/6 41/6
above [5]  10/12 11/2 32/19 38/8 43/7
above-entitled [1]  43/7
absolute [1]  31/4
absolutely [3]  8/9 22/15 41/19
abuse [3]  39/7 39/7 42/16
acceptance [8]  5/10 5/13 6/4 6/6 6/9
 7/10 7/11 7/12
access [5]  13/14 14/8 15/5 16/1 39/15
accident [1]  27/25
accommodate [1]  42/19
accounts [1]  33/23
accurate [6]  4/3 4/8 18/9 18/9 39/22
 43/6
accurately [1]  3/25
accusations [1]  7/15
achieve [1]  36/13
acknowledge [1]  32/23
across [2]  3/11 21/15
act [2]  12/21 38/3
actions [3]  26/14 26/21 27/10
actively [1]  16/4 16/18
activities [2]  13/7 27/25
activity [5]  6/18 15/14 27/23 32/13

33/8
actual [2]  7/24 20/11
actually [10]  9/16 13/17 16/6 17/20
 20/18 21/5 23/3 26/16 36/4 42/14
add [6]  36/12 37/1 38/9 38/11 39/1
 39/2
addition [1]  13/12
address [3]  8/11 26/10 41/18
ADJOURNED [1]  43/3
Administration [3]  12/12 15/18 15/23
admit [1]  6/25
advantage [1]  31/20
advise [2]  19/21 30/24
affect [1]  26/21
affects [3]  5/8 28/19 31/11
after [2]  25/21 28/11
afternoon [5]  2/2 2/13 2/19 2/22 2/23
again [5]  7/14 22/19 25/19 31/3 35/20
against [5]  16/12 20/12 22/19 25/5
 25/7
age [1]  25/17
Agent [2]  2/14 2/15
agents [4]  18/20 24/19 25/11 30/20
aggravating [1]  31/5
ago [2]  24/3 29/23
agreed [2]  26/24 34/13
agreement [2]  36/25 40/13
agrees [1]  10/23
alcohol [2]  39/7 42/15
alcoholic [1]  23/14
Alcoholics [1]  30/4
alike [1]  3/14
alleged [2]  19/8 24/16
allow [2]  7/12 30/16
allowing [1]  2/10
alone [1]  26/23
along [2]  14/24 24/11
also [18]  12/19 14/7 14/12 14/16 15/8
 15/19 15/22 16/13 16/16 17/8 21/6
 23/25 24/18 24/19 34/22 35/23 39/17
 41/10
alternative [1]  10/15
although [2]  24/25 36/4
always [1]  33/7
am [6]  7/7 8/12 35/22 37/1 40/9 40/12
AMERICA [2]  1/3 2/9
among [2]  23/25 23/25
amount [11]  18/7 19/19 23/11 23/11
 23/23 23/24 24/4 32/1 32/21 32/24
 36/23
analysis [1]  32/7
Andrews [1]  1/18
announced [2]  2/25 40/15
announcing [1]  17/21
Anonymous [1]  30/4
another [5]  3/20 10/15 19/14 19/24
 22/7 35/20
answer [1]  25/13
anticipated [1]  37/12
anxious [1]  19/9
anybody [1]  33/11
anybody's [1]  11/20
anyplace [1]  23/6
anything [5]  4/14 20/5 29/9 36/6 42/22
anyway [1]  14/7
anywhere [1]  33/22

**A**

apart [1]  20/5
appeal [5]  40/14 40/16 40/17 40/19 40/20
Appeals [1]  3/23
appear [1]  22/2
appearances [2]  1/12 2/11
appeared [1]  18/8
appoint [1]  40/18
appreciate [2]  23/8 37/1
appropriate [3]  3/7 4/6 19/3
appropriately [1]  36/12
approved [1]  39/6
approximately [3]  19/23 24/16 24/18
arbitrary [1]  32/23
argue [1]  8/6
argument [2]  11/1 11/3
arguments [1]  8/11
around [2]  10/5 20/22
arrest [1]  14/9
arrested [3]  21/5 22/20 24/14
articulated [1]  41/8
asked [3]  3/3 14/10 26/22
asking [3]  7/23 11/10 25/22
assault [1]  14/17
assessment [1]  30/17
assessments [1]  40/10
assets [3]  16/10 16/13 16/14
assistance [3]  14/19 34/9 36/11
assisted [2]  15/22 16/11
assisting [1]  30/25
associate [1]  14/23
assume [1]  4/14
Atlanta [1]  42/2
attached [2]  20/11 36/22
attempted [1]  14/17
attended [1]  19/13
attention [1]  4/14
Attorney [3]  1/14 19/25 42/4
attorneys [1]  16/5
attributable [1]  34/25
audiotape [1]  20/18
audits [1]  39/21
AUSA [2]  1/13 1/14
Australian [1]  1/15
authority [1]  42/11
authorized [1]  19/20
availability [1]  39/14
Avenue [2]  1/15 1/18
aware [4]  17/18 17/22 31/13 40/12
away [2]  22/22 36/2

**B**

background [4]  3/14 4/16 27/15 28/9
bacteria [1]  28/18
bad [1]  26/16
balance [1]  32/1
Bank [1]  15/25
based [6]  6/17 16/19 19/3 32/5 32/7 39/13
basically [2]  19/18 20/4
BEACH [4]  1/5 1/15 1/24 43/11
bearing [1]  40/5
bears [1]  34/21
become [1]  27/8
bedroom [2]  20/21 20/22

before [20]  1/10 2/8 2/25 8/19 11/6 12/20 14/14 21/14 27/3 28/23 29/22 30/23 33/2 33/18 34/1 34/18 34/24 36/3 41/7 42/22
began [1]  19/6
begin [5]  2/10 11/22 18/3 21/16 41/12
behalf [4]  2/14 2/20 13/6 18/3
behind [6]  3/12 6/5 11/21 12/2 20/20 34/20
believe [6]  7/5 11/20 15/24 30/21 32/5 32/10
below [1]  11/3
beneficial [2]  31/5 39/11
beneficiary [1]  34/18
benefit [3]  26/3 30/12 30/16
benefits [1]  16/18
besides [2]  20/14 24/13
better [3]  12/18 29/20 30/2
between [3]  4/11 24/2 29/24
beyond [1]  19/10
big [1]  16/11
biology [1]  28/7
bit [2]  33/7 34/2
blood [2]  29/21 29/23
boasted [1]  13/13
body [3]  13/1 28/16 28/20
BOGENSCHUTZ [11]  1/17 1/17 2/20 4/17 5/6 8/16 11/23 11/24 17/8 18/3 41/15
boggling [1]  24/11
bond [4]  6/15 6/16 12/20 12/21
bones [1]  28/2
books [1]  40/22
both [5]  16/22 21/7 22/21 27/21 41/8
boxes [1]  13/7 13/12
bragged [2]  13/13 14/7
brains [1]  34/20
Brannon [1]  6/16
Break [1]  2/6
bribes [1]  19/15
briefly [1]  18/18
bring [2]  3/11 25/18
broken [1]  28/1
brother [1]  6/16
brought [2]  4/13 26/6
Bureau [5]  23/21 36/18 41/24 42/11 42/18
business [5]  14/23 27/1 30/22 36/6 36/16

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  43/4
cakes [1]  29/25
calculated [1]  3/25
called [3]  3/9 17/19 40/20
came [4]  2/25 12/6 12/8 21/19
can't [1]  42/9
candid [2]  33/6 35/22
candida [1]  28/18
cap [4]  9/16 9/19 10/6 10/8
caps [1]  32/19
carefully [1]  35/6 40/5
Caribbean [2]  16/2 41/4
CARROLL [66]
Carroll's [2]  36/11 40/5
case [31]  1/2 2/8 2/8 7/13 7/25 9/15

10/1 10/7 11/5 11/6 12/5 12/14 14/13 16/3 16/6 16/9 16/12 16/12 17/21 18/7 19/4 24/6 24/7 26/6 30/19 32/18 33/19 34/4 39/5 41/4 41/5
cases [4]  7/24 9/25 16/19 18/14
catastrophic [1]  35/21
category [4]  5/5 9/2 22/8 34/24
caught [3]  20/18 36/2 36/9
cause [2]  17/25 18/12
caused [1]  18/12
cell [3]  21/13 21/17 21/19
Cepero [1]  2/15
certain [3]  23/23 23/24 24/4
certainly [6]  12/9 16/22 16/24 18/10 19/2 33/15
certify [1]  43/5
change [1]  3/1
changed [2]  8/22 9/5
characteristics [1]  34/23
charge [7]  21/25 22/1 22/2 22/5 24/15 25/1 25/1
charges [2]  20/13 25/5
chelation [1]  28/17
chief [2]  28/24 29/2
circumstances [4]  10/21 19/4 31/6 33/17
cited [1]  7/24
civil [1]  39/21
claimed [1]  27/2
classic [1]  10/5
cleansing [1]  28/16
clearly [3]  19/15 32/20 34/13
Clematis [2]  1/23 43/10
client [2]  11/25 24/10
clients [2]  24/1 30/24
CLIFFORD [4]  1/6 2/9 2/20 36/17
Clinton [1]  24/11
close [1]  28/1
Club [2]  21/7 21/18
co [1]  12/16
co-conspirators [1]  12/16
Code [2]  17/15 33/1
codefendant [1]  24/7
codefendants [1]  39/5
cognizance [2]  18/13 23/23
cold [1]  23/14
Coleman [1]  42/5
collections [1]  39/21
college [2]  27/17 28/6
color [1]  36/4
combination [2]  28/18 39/10
combined [1]  10/21
come [10]  11/13 11/22 12/4 12/25 14/9 20/19 20/21 21/3 41/15 42/22
comes [2]  6/5 34/17
coming [2]  3/22 33/16
commended [1]  33/14
comments [1]  20/17
commit [1]  38/1
commitment [1]  38/21
committed [3]  3/13 27/2 36/17
community [2]  26/5 34/9
company [3]  28/21 28/22 28/23
complaint [3]  20/12 20/13 21/8
complete [1]  39/15
completed [1]  3/4

**C**

completely [2]  23/18 33/20
complex [6]  12/15 12/17 30/19 31/7
 33/18 34/6
complexity [1]  33/25
comply [1]  38/6
compounded [1]  33/19
compounding [2]  15/20 16/17
computation [1]  18/9
concede [1]  19/1
conceded [1]  18/8
concept [3]  33/19 33/20 35/23
concerned [5]  25/24 35/16 35/21
 35/22 35/23
concerns [1]  31/16
conclude [1]  41/7
concluded [1]  40/6
conclusions [2]  4/5 41/9
concurrently [6]  10/14 32/4 36/15
 36/20 37/21 37/23
conditions [6]  10/11 38/6 38/9 38/10
 39/2 39/8
conduct [4]  12/23 13/5 32/12 35/5
conducted [1]  40/2
confront [1]  30/22
Congress [2]  3/20 36/14
consecutive [3]  8/8 10/15 10/16
consecutively [1]  32/20
consensually [3]  12/22 13/3 14/21
consented [1]  15/6
consequences [2]  7/9 35/21 36/9
consider [5]  25/5 25/23 33/15 37/1
 41/2
considered [2]  3/21 36/10
consisted [1]  19/22
consistent [1]  41/22
consists [1]  37/16
conspiracy [3]  14/17 14/19 14/22
conspirators [2]  12/16 14/25
constructing [1]  26/2
consult [1]  3/23
consulting [1]  3/9
contact [1]  39/4
contest [1]  31/25
continue [1]  27/18
continuing [1]  13/5
contribute [1]  39/12
controlled [1]  31/24
conversation [1]  15/15
conversations [5]  12/22 13/3 14/22
 16/3 23/2
convicted [3]  14/11 14/13 22/6
conviction [3]  10/8 38/15 40/11
convoluted [1]  16/11
cookies [1]  30/1
cooperate [8]  16/22 23/7 23/7 24/24
 26/23 31/4 32/1 39/17
cooperated [4]  16/8 20/16 22/18
 24/21
cooperating [3]  20/2 20/18 21/9
cooperation [12]  11/11 11/22 19/6
 22/20 23/8 23/9 25/7 25/9 25/24 26/6
 32/1 33/11
copayment [1]  39/13
copies [2]  13/16 13/23
copy [1]  3/4

corner [1]  20/22
corporate [1]  38/18
corrupt [3]  15/20 16/1 19/12
costs [1]  39/12
could [9]  10/11 15/14 19/17 22/4
 27/18 30/22 30/23 32/19 36/1
counsel [5]  2/11 2/18 4/11 40/18 41/8
count [8]  9/20 9/21 36/19 36/19 37/16
 37/17 37/18 37/21
counter [1]  28/13
country [2]  19/14 19/15
counts [2]  10/7 40/11
county [1]  37/22
couple [2]  30/6 32/18
courage [1]  15/16
course [9]  3/4 3/15 21/22 32/17 33/23
 34/22 35/23 37/11 38/4
Court's [3]  8/22 32/6 41/9
courtroom [5]  2/21 25/12 25/19 34/8
 39/1
courts [1]  24/1
covered [2]  8/13 17/12
CR [1]  1/2
craft [1]  25/25
CRC [2]  1/22 43/9
creams [1]  18/12
create [1]  22/11
crime [9]  3/13 6/25 10/2 10/6 15/10
 22/16 23/3 35/15 38/1
crimes [4]  32/4 36/3 36/4 36/5
criminal [7]  6/18 9/2 12/23 13/5 32/12
 33/8 34/24
CRR [2]  1/22 43/9
culpable [1]  33/8
custody [3]  2/4 21/5 22/12
cutting [1]  21/15

**D**

danger [1]  24/23
dangerous [4]  15/4 15/11 21/11 35/9
DANIEL [1]  1/10
dare [1]  31/8
DATE [1]  43/9
Dave [1]  2/19
DAVID [1]  1/17
day [5]  29/22 29/25 29/25 36/24 40/21
days [1]  40/21
DEA [1]  2/14
deal [4]  24/3 34/12 35/11 35/13
dealing [1]  42/15
dealt [1]  7/16
debriefed [2]  12/14 15/17
decide [2]  12/4 35/20
decided [2]  11/22 12/19
deciding [1]  31/4
decision [9]  3/1 7/8 7/8 11/25 12/8
 12/9 16/21 27/13 33/3
decisions [1]  26/13
declared [1]  18/8
deemed [1]  39/11
defendant [16]  1/7 1/17 2/4 6/14 6/17
 18/8 22/9 24/22 25/7 25/17 27/21
 27/24 28/15 29/6 34/23 36/17
defendant's [2]  32/6 42/2
defendants [2]  12/9 24/2
Defense [5]  2/18 8/16 16/16 32/3

41/16
denial [1]  5/14
deny [1]  7/10
Department [5]  15/24 16/4 16/16
 19/13 20/3
departure [1]  17/7
dependent [1]  31/12
deputy [1]  39/1
deserve [2]  26/14 27/11
deserves [1]  16/24
deserving [1]  25/2
design [1]  13/4
designated [1]  42/4
designation [1]  42/17
destroy [2]  13/12 13/21
destroyed [2]  13/18 14/20
destroying [1]  13/9
destructive [2]  35/9 35/12
detail [1]  38/8
deter [1]  32/11
determine [3]  13/4 16/10 39/18
determined [1]  36/23
determining [2]  3/7 16/12
deterrence [3]  25/15 35/17 35/24
deterrent [2]  31/22 35/16
detox [2]  28/16 28/16
detoxification [1]  28/15
developed [1]  3/10
device [4]  15/7 18/6 23/6 24/25
devices [1]  19/23
diane [4]  1/22 1/25 43/8 43/9
diet [1]  28/18
different [4]  22/25 29/13 29/18 30/8
difficult [3]  16/10 22/11 30/20
difficulty [1]  17/19
diligently [1]  29/24
direction [1]  8/1
directly [2]  4/20 41/1
disclosure [1]  39/16
discretion [3]  7/10 7/11 7/22
discuss [1]  17/3
discussed [3]  20/10 23/3 23/15
discussion [1]  23/25
discussions [1]  4/11
disparity [2]  24/2 24/4
dispensed [1]  33/23
DISTRICT [4]  1/1 1/1 1/11 43/10
disturbing [2]  20/13 20/14
doctor [1]  15/20
doctors [4]  31/14 31/14 31/15 34/13
documents [3]  13/16 13/17 39/20
doesn't [2]  6/17 31/19
doing [3]  14/8 26/24 33/2
DOJ [2]  19/20 20/1
dollar [1]  33/24
dollars [1]  16/14
done [10]  6/1 11/4 25/7 25/8 27/1
 27/5 27/5 33/12 40/2 40/24
door [3]  12/24 20/19 20/21
doubt [1]  12/10
down [6]  5/11 9/1 15/14 23/5 31/9
 31/15
dramatically [1]  29/13
drawn [1]  4/5
drinking [4]  23/18 26/16 35/2 35/8
drives [1]  32/21

**D**

driving [1] 35/1
drop [1] 20/22
drug [7] 12/12 15/17 15/22 28/16 36/6 38/5 39/7
DTKH [1] 1/2
due [2] 9/7 39/23
during [3] 14/18 20/17 24/14
Dutko [1] 1/17

**E**

each [3] 3/5 21/20 40/11
Earl [2] 10/4 34/7
earlier [1] 10/20
early [4] 11/23 12/5 25/9 30/25
earned [1] 37/6
earnings [1] 37/11
easier [1] 31/1
easy [1] 23/5
eat [2] 29/25 30/1
educate [1] 30/23
effective [1] 30/9
effectively [1] 37/23
efficient [1] 16/12
eight [1] 29/2
either [4] 10/13 22/21 41/10 42/5
elicit [2] 41/8 41/10
eliminate [1] 24/5
else [4] 23/6 29/9 36/6 42/22
eluding [1] 35/2
emotional [1] 26/12
employee [2] 13/2 28/23
enabled [1] 12/17
endeavoring [1] 20/15
ended [1] 28/23
enforcement [5] 12/12 14/9 15/17 15/22 21/2
enforcer [1] 13/2
enormously [1] 33/11
enough [2] 16/23 33/9
entered [2] 38/19 40/22
enterprise [2] 34/6 34/15
entire [1] 32/5
entitled [1] 43/7
equally [1] 36/9
equivalent [1] 29/2
ESQ [1] 1/17
established [2] 7/14 34/16
even [3] 15/1 32/19 33/13
eventually [3] 4/21 28/8 28/22
ever [2] 25/19 27/15
every [1] 29/25
everybody [6] 2/2 2/17 9/24 9/24 10/23 23/19
everything [5] 7/7 25/8 25/8 26/25 31/24
examinations [1] 39/21
example [2] 10/5 10/20
except [2] 4/20 25/19
exceptionally [1] 11/9
excuse [1] 12/20
exercise [2] 7/25 28/18
exercised [1] 29/24
expedite [1] 31/1
expense [1] 6/8
expensive [1] 33/21

explained [1] 38/7
exponentially [2] 19/6 19/19
Export [1] 15/25
extent [5] 5/19 17/7 22/20 24/22 34/21
extraordinary [2] 11/11 33/4
extremely [6] 12/15 18/6 23/10 25/1 31/6 31/7
eyes [1] 27/6

**F**

F-ing [1] 20/20
facade [1] 34/15
facilitated [2] 11/19 12/9
facility [1] 42/16
fact [10] 9/7 12/1 13/11 19/25 20/14 20/19 22/2 31/3 40/18 41/9
factor [1] 36/12
factors [2] 3/21 36/10
facts [3] 4/5 4/24 19/4
factual [6] 4/3 4/18 4/19 4/23 5/2 8/14
fair [2] 3/16 8/2
fairly [4] 12/5 30/25 33/13 33/18
family [9] 22/12 22/17 24/23 27/9 33/14 35/5 35/8 35/10 42/25
far [1] 25/24
farther [1] 17/8
father [1] 42/3
FBI [1] 20/7
FCPA [2] 19/22 19/23
federal [2] 3/9 20/15
feel [1] 41/5
feeling [1] 29/20
feet [1] 16/22
fellow [4] 13/21 15/1 15/11 35/11
felon [3] 14/11 14/13 22/6
few [2] 4/1 24/3
figure [6] 14/2 15/10 33/24 36/25 37/2 37/7
figures [1] 8/19
file [3] 33/3 39/22 40/19
filed [6] 4/13 11/7 11/16 20/12 23/20 40/21
final [5] 22/3 38/12 38/16 38/22 38/24
finally [2] 4/6 39/25
finances [1] 39/17
financial [3] 37/12 39/16 40/5
find [1] 23/5
findings [1] 41/9
finds [1] 41/3
fine [2] 40/7 40/8
firearm [3] 20/17 22/2 38/2
firearms [3] 20/10 21/25 22/5
first [6] 4/2 4/17 17/16 28/23 39/4 42/13
fit [1] 16/24
five [5] 10/6 27/24 36/19 37/18 37/20
five-year [1] 10/6
FL [1] 43/11
fleeing [1] 35/2
FLORIDA [5] 1/1 1/5 1/15 1/19 1/24
flsd.uscourts.gov [1] 1/25
focus [1] 7/13
following [3] 14/24 21/22 38/9
foregoing [1] 43/5
foreign [2] 16/1 19/12
forfeiture [3] 16/15 38/12 38/19

forgive [1] 37/22
Fort [1] 1/19
forth [1] 36/14
fortune [1] 36/8
forum [1] 7/6
found [1] 9/2
four [6] 6/23 19/2 19/3 20/7 25/14 27/24
four-level [2] 19/2 19/3
fourth [1] 12/7
frankly [2] 14/25 34/16
fraud [12] 11/18 11/19 11/21 12/17 14/24 16/11 31/7 31/18 31/19 32/21 33/19 33/25
frauds [1] 15/20
fraudulent [1] 35/20
friend [2] 25/3
front [2] 22/3 24/1
full [1] 12/2
fully [4] 4/9 26/22 39/17 41/8
functioned [1] 28/20
further [3] 11/10 36/21 39/22
future [3] 16/6 37/7 41/1

**G**

gain [1] 32/22
gains [1] 37/13
gave [2] 16/20 28/19
general [3] 15/23 35/24 42/4
generated [1] 4/8
gentleman [1] 10/4
gentlemen [1] 2/7
Gergilio [1] 2/15
gets [1] 25/17
getting [3] 6/9 29/23 36/2
give [2] 38/25 42/8
given [3] 16/13 18/11 26/25
gives [1] 26/2
giving [1] 23/9
glad [3] 26/16 27/5 27/5
goals [1] 36/14
good [6] 2/2 2/13 2/19 2/22 2/23 28/19
got [7] 20/20 20/21 21/14 24/17 24/20 25/6 27/15
GOVERNMENT [26] 1/13 2/12 6/7 8/15 11/7 11/9 11/10 11/16 13/6 20/2 21/6 23/12 25/8 25/10 25/11 25/23 32/3 32/8 33/4 33/10 36/11 37/12 40/25 41/3 41/13 42/24
Government's [4] 5/1 17/6 30/17 33/2
grand [5] 13/8 13/21 13/23 20/16 24/20
grant [2] 5/20 17/5
great [1] 34/12
greater [1] 3/11
greatly [1] 31/11
gross [1] 37/11
ground [1] 20/23
grow [1] 35/4
guard [1] 13/2
guards [1] 21/12
guideline [3] 9/4 10/17 32/9
guidelines [23] 3/9 3/10 3/10 3/18 3/22 3/24 4/20 5/5 8/14 9/15 9/18 10/2 10/5 10/19 11/5 11/8 17/12

**G**

guidelines... [6]  17/13 24/5 32/17
 32/18 32/21 32/25
guidelines when [1]  3/10
guilty [8]  3/1 3/2 6/6 7/8 10/1 10/6
 12/8 14/14
Gun [2]  21/7 21/18
guy [3]  13/14 21/20 21/20

**H**

hand [3]  31/5 31/25 34/17
handle [1]  12/18
hands [1]  27/12
Hansen [4]  24/18 24/19 24/19 24/20
happened [4]  7/13 22/21 23/3 32/17
happens [2]  10/7 22/12
happy [4]  17/4 18/1 25/13 42/18
harm [2]  14/8 18/10
harms [1]  22/24
have [82]
haven't [1]  27/20
having [10]  13/13 14/8 17/25 21/25
 24/13 25/19 30/25 32/20 32/25 36/14
healthcare [2]  31/17 34/4
hear [4]  17/4 17/7 18/1 41/1
HEARING [1]  1/10
heavy [1]  28/17
held [1]  11/3
help [3]  8/23 13/9 30/12
helpful [2]  11/6 11/9
her [1]  8/23
here [12]  10/4 10/17 15/18 18/20 20/2
 20/6 23/17 25/11 38/12 40/15 41/23
 42/25
hereby [1]  43/5
high [1]  22/16
higher [1]  16/24
highs [1]  3/17
him [21]  11/12 14/9 14/12 15/1 15/7
 16/13 19/13 20/25 21/11 21/13
 21/14 21/15 21/16 21/22 22/11 23/5
 23/21 25/18 26/5 30/16
himself [4]  21/5 22/6 22/24 25/9
hire [1]  40/17
historical [1]  25/14
history [3]  9/2 34/23 34/24
hold [1]  37/17
holding [1]  21/17
home [1]  40/1
Honor [33]  2/5 2/19 4/19 5/3 6/12 6/13
 6/21 7/21 8/12 8/16 8/24 9/6 9/17
 10/10 11/14 12/14 15/16 16/7 16/15
 16/23 17/1 18/4 18/5 26/11 30/18
 31/3 32/2 32/10 38/13 38/17 41/14
 41/17 43/2
HONORABLE [1]  1/10
hope [3]  3/15 35/12 42/18
hopeful [1]  11/24
hopefully [1]  26/18
hopes [1]  35/4
hoping [1]  30/10
hour [2]  29/24 41/24
hours [1]  29/24
house [1]  21/3
housed [1]  42/12
however [4]  9/7 10/12 33/22 40/9

HURLEY [1]  1/10
hurt [1]  21/21
hurting [1]  14/25

**I**

I'll [2]  39/1 41/5
I'm [29]  7/11 9/24 12/7 17/7 21/12
 21/24 22/20 25/12 25/22 26/11 26/16
 27/5 27/5 27/14 30/2 30/9 33/15
 33/16 33/21 34/10 34/12 34/22 35/14
 35/25 36/12 36/21 38/9 40/13 42/17
I've [1]  40/4
identified [1]  18/22
illegal [1]  38/5
illustrates [1]  35/8
impede [1]  20/15
impediment [1]  17/20
impeding [1]  22/1
Import [1]  15/25
important [6]  3/17 4/7 40/24 41/4
 42/13 42/17
importantly [1]  36/11
impose [1]  35/14
imposed [5]  10/13 10/13 18/1 40/8
 41/11
impresses [1]  35/18
imprisoned [1]  36/18
imprisonment [2]  37/9 37/14
incarcerated [2]  26/15 29/22
include [1]  39/9
included [1]  38/14
including [2]  19/12 39/16
income [1]  39/22
incorporated [1]  38/20
increase [3]  19/2 19/3 19/19
incredibly [3]  21/10 30/19 35/9
indeed [1]  40/25
indicate [1]  23/14
indictment [2]  15/10 19/7
individual [31]  11/18 11/21 12/25 13/4
 13/5 13/6 13/11 13/13 13/19 13/20
 14/7 14/11 14/11 14/12 14/14 14/19
 14/23 15/2 15/4 15/5 15/19 16/1 16/1
 16/3 20/10 20/11 21/4 21/8 21/14
 22/5 22/17
individual's [1]  23/4
individuals [12]  12/23 12/24 18/12
 21/19 22/15 22/25 23/11 24/21 25/6
 26/1 27/1 31/18
industries [1]  37/4
inexplicable [2]  3/16 3/17
influence [1]  20/15
informant [1]  21/9
information [15]  4/3 14/16 15/1 15/19
 16/19 19/8 19/11 19/12 22/2 24/14
 26/25 31/13 33/10 39/16 39/20
ing [1]  20/20
ingenuity [2]  34/5 35/19
ingredients [1]  19/16
inherent [1]  31/17
injured [1]  27/18
inpatient [1]  39/9
Inspector [1]  15/23
instance [1]  35/7
instances [1]  32/18
institution [1]  42/14

insurance [3]  16/18 31/12 31/17
intelligence [1]  34/3
intend [1]  17/5
interest [1]  39/23
interested [3]  20/4 27/14 29/7
interesting [2]  10/19 19/5
Internal [4]  16/9 39/18 39/19 39/24
intentional [1]  28/17
intoxicated [1]  23/18
investigation [14]  3/3 4/2 4/10 5/9
 6/14 8/18 12/2 12/18 15/21 15/24
 19/22 19/22 19/24 29/17
investigations [1]  13/1
investigative [2]  13/20 15/13
investigators [2]  12/13 16/17
invite [1]  11/12
inviting [1]  18/3
involved [12]  12/23 13/1 14/18 14/22
 18/24 18/24 24/16 24/19 26/23 34/7
 34/8 34/10
involvement [1]  6/25
involves [1]  35/1
involving [1]  41/4
IRS [2]  2/15 12/12
is [144]
isn't [1]  19/8
issue [5]  5/25 7/2 7/18 19/10 35/8
issues [6]  5/5 5/6 8/14 22/14 22/17
 22/23
it [93]
it's [9]  4/3 4/12 9/21 9/21 9/22 10/19
 38/15 38/15 38/22
items [1]  41/18
its [2]  8/1 33/24
itself [4]  12/5 19/7 19/8 41/3

**J**

jail [3]  21/13 27/11 29/14
JEFFREY [1]  1/13
jeopardized [1]  25/9
Jessup [1]  42/5
job [3]  31/1 37/4 37/5
JUDGE [11]  1/11 6/16 12/24 14/14
 21/4 22/3 23/13 24/6 25/16 41/22
 42/21
judgment [8]  7/15 27/13 36/16 38/17
 38/15 38/20 40/14 40/21
jump [1]  34/12
jurisdiction [1]  36/23
jury [5]  13/8 13/21 13/23 20/16 24/20
justice [5]  15/24 16/4 19/13 20/3 26/7
justified [2]  4/6 34/14

**K**

KAPLAN [1]  1/13
kept [2]  13/18 21/1
kill [1]  6/15
killed [1]  27/3
killing [1]  15/1
kind [4]  18/14 26/5 30/3 34/15
kinds [2]  18/11 18/17
knee [1]  27/24
knees [2]  27/18 27/20
knew [3]  13/21 21/24 34/14
knowing [2]  14/12 27/3
knowledge [1]  29/3

**K**

known [1]  11/24
knows [2]  11/17 31/9

**L**

Ladies [1]  2/7
laid [1]  12/17
large [2]  34/20 36/7
last [3]  2/25 5/20 7/17
later [3]  5/20 20/25 21/17
Lauderdale [1]  1/19
law [7]  14/8 17/16 18/1 21/2 31/20
 35/16 41/10
lawyer [1]  40/17
lawyers [5]  2/10 23/24 30/23 30/23
 36/24
leader [1]  19/1
learn [1]  27/15
learned [1]  18/25
least [3]  12/13 20/7 22/8
leave [1]  41/5
lectern [1]  11/13
left [4]  5/6 26/23 28/5 28/23
legal [13]  4/4 5/5 5/6 5/24 7/9 7/18
 7/20 7/21 8/3 8/13 17/19 17/25 42/11
legitimate [3]  33/20 34/6 42/15
legs [1]  27/22
leniency [1]  27/12
less [2]  10/2 30/8
let [7]  2/10 2/18 8/22 30/15 39/2 41/12
 41/15
let's [4]  5/4 5/11 6/4 7/17
level [5]  8/21 19/2 19/3 22/19 24/22
liabilities [1]  39/19
lied [1]  24/19
lieu [1]  25/22
life [5]  7/8 20/20 27/7 28/2 30/2
like [14]  14/9 17/6 17/22 18/2 18/18
 23/22 23/24 25/4 26/10 29/18 30/1
 30/4 30/10 31/21 40/16 41/4 41/17
limit [1]  17/5
limitation [1]  38/3
line [1]  25/25
list [2]  5/11 36/22
listed [1]  3/21
little [3]  26/11 33/7 34/2
live [1]  27/7
liver [1]  28/17
lives [3]  24/23 24/23 35/12
longer [2]  22/10 27/18
look [8]  4/1 7/7 29/13 29/18 33/16
 33/24 34/2 34/22
looked [4]  11/4 18/23 32/25 40/4
looking [3]  13/7 25/14 32/17
loss [2]  32/21 32/22
lost [4]  18/8 20/9 29/14 29/15
lot [4]  15/15 34/25 35/1 43/1
loved [1]  27/9
low [1]  29/23
lower [1]  19/18
lows [1]  3/17
luckily [1]  21/11
luring [1]  34/11

**M**

made [10]  11/2 16/11 16/21 20/17

 21/6 21/15 26/13 26/18 29/4 29/25
main [3]  11/18 11/20 12/1
major [2]  7/8 28/7
make [14]  2/11 3/24 8/18 11/25 12/8
 14/13 19/15 26/18 27/13 30/2 31/1
 35/18 36/8 36/21
making [3]  6/15 8/7 39/13
man [3]  21/11 34/25 35/17
managed [1]  21/13
mandatory [1]  9/8
manner [2]  40/2 41/11
many [2]  4/10 36/5
MARCH [1]  1/4
Marra [2]  14/14 22/3
Marra's [1]  12/25
Marshals [1]  21/18
marvel [1]  34/3
masking [1]  34/14
massage [2]  28/6 28/11
master [1]  30/21
match [1]  25/6
matter [5]  2/7 4/12 31/19 34/7 43/7
matters [5]  5/8 5/9 7/4 7/6 41/5
mature [1]  35/4
max [1]  17/2
maximum [4]  10/2 10/17 22/4 24/8
maybe [3]  11/3 33/13 35/1
mean [3]  7/6 22/9 35/10
means [1]  43/1
measuring [2]  18/6 24/25
meatal [1]  28/17
medical [3]  28/4 28/8 31/18
medication [4]  18/14 29/19 29/21
 33/19
medications [2]  29/4 33/21
medicine [1]  30/21
meeting [4]  15/9 15/13 20/6 23/4
meetings [6]  15/3 19/24 20/6 25/10
 26/25 30/6
member [2]  22/16 23/3
members [3]  14/18 34/9 35/8
meniscal [1]  27/21
mentioned [6]  6/20 18/17 23/10 24/3
 26/1 33/18
mentioning [1]  39/3
message [3]  26/4 31/21 32/11
met [5]  12/12 16/16 20/6 26/20 31/15
might [3]  2/10 12/7 30/15
miller [4]  1/22 1/25 43/8 43/9
million [8]  24/9 24/10 24/17 24/18
 31/8 32/24 33/24 36/1
millions [2]  16/14 16/14
mind [3]  11/20 24/11 40/5
minimum [1]  9/8
minor [1]  41/18
minute [2]  3/22 37/17
minutes [1]  4/1
Miramar [1]  20/7
Miss [1]  42/8
missed [1]  13/15
mistakes [3]  26/18 26/24 27/6
mitigate [1]  24/5
modalities [1]  39/10
moment [1]  17/16
moments [1]  24/3
monetary [2]  40/7 40/8

money [5]  18/7 23/12 34/13 36/7
 40/16
month [3]  10/6 24/8 29/23
monthly [1]  37/10
months [18]  9/5 9/7 9/7 9/18 9/21 9/21
 10/9 17/2 22/7 22/10 24/8 24/17
 24/21 26/2 32/7 32/9 36/19 36/19
more [11]  3/16 9/13 10/21 16/12 18/1
 25/23 25/25 30/8 35/5 39/4 42/17
most [5]  20/14 33/8 33/10 36/10 42/13
mother [1]  42/2
motion [9]  11/7 11/13 11/16 17/6
 21/15 23/20 33/3 33/4 41/2
motorcycle [1]  27/25
move [2]  5/4 11/6
moved [1]  28/21
MR [3]  8/16 13/24 24/11
Mr. [95]
Mr. Bogenschutz [7]  4/17 5/6 11/23
 11/24 17/8 18/3 41/15
Mr. Carroll [62]
Mr. Carroll's [2]  36/11 40/5
Mr. Clifford [1]  2/9
Mr. Earl [2]  10/4 34/7
Mr. Hansen [4]  24/18 24/19 24/19
 24/20
Mr. Robelle [1]  19/20
Mr. Schwartz [12]  5/2 11/12 18/5
 18/17 19/21 20/10 21/23 22/14 23/10
 30/16 34/19 41/12
Mr. Stephens [4]  24/7 24/9 24/13
 24/17
Mrs. [1]  39/1
Mrs. Richardson [1]  39/1
much [18]  3/13 3/14 12/18 16/12
 18/10 19/18 19/18 22/10 29/12 30/1
 30/13 31/1 32/14 35/3 35/13 36/25
 42/2 42/18
multiple [3]  19/10 19/11 22/25
murder [3]  14/17 14/17 14/22
murders [1]  27/3
must [8]  3/21 38/1 38/4 38/4 39/19
 39/25 40/21 42/12
myself [5]  21/7 26/22 27/4 27/8 27/12

**N**

names [1]  18/21
natural [1]  28/16
nature [3]  12/17 33/17 35/3
necessary [1]  39/11
need [12]  3/8 3/24 3/25 4/2 4/4 4/7
 7/16 17/14 27/7 35/18 38/11 40/19
needed [1]  18/14
needs [1]  32/25
neither [2]  22/19 24/21
nevertheless [2]  22/24 23/6
New [1]  15/11
news [1]  20/23
next [2]  2/7 12/24
nine [1]  10/5
nonbinding [3]  3/18 3/19 17/13
none [1]  37/11
normally [1]  6/6
not [48]
Nothing [1]  41/13
notice [2]  40/20 40/20

**N**

noticed [1]  29/16
notified [1]  20/4
number [2]  23/11 24/11
numbers [1]  4/7
NuMed [5]  13/2 13/7 13/18 14/18
 14/23
numerous [2]  14/8 15/3
nutriceuticals [2]  28/12 28/21
nutrition [1]  28/12

**O**

object [1]  5/22
objected [1]  4/24
objection [4]  7/18 7/20 7/22 8/3
objections [7]  4/18 4/19 4/20 4/23 5/2
 41/9 41/10
obligated [7]  3/6 3/20 7/7 34/22 35/14
 40/9 40/13
obligation [1]  41/7
obstructing [2]  22/1 24/20
obtain [1]  37/4
obtained [1]  29/3
obvious [2]  21/8 30/19
obviously [3]  16/8 19/21 31/11
occasions [5]  12/13 15/18 20/8 22/25
 23/1
occurs [1]  3/15
odd [1]  32/24
off [3]  17/1 19/16 32/8
offender [1]  22/7
offense [3]  8/21 23/15 33/17
office [5]  1/14 3/2 6/24 15/23 20/7
officer [8]  4/12 6/11 8/23 9/11 28/24
 29/2 38/8 40/3
officers [1]  20/19
Official [1]  1/23 43/9
officials [2]  16/2 19/14
Oh [1]  14/1
once [4]  12/6 12/8 16/21 21/4
ones [1]  27/9
online [1]  28/7
only [6]  5/8 25/20 26/21 27/8 32/5
 35/11
open [2]  27/6 37/1
opened [1]  28/22
operating [1]  29/2
operation [1]  28/4
operational [1]  28/24
operations [2]  27/19 29/1
opportunity [4]  23/9 26/17 29/10 41/2
oppose [1]  32/3
opposed [3]  18/15 26/3 36/2
orally [1]  4/14
order [10]  3/23 16/15 19/15 24/23
 36/21 38/19 38/21 40/9 40/19 42/6
ordered [1]  39/22
organization [1]  19/1
organized [4]  11/19 15/10 22/16 23/3
other [36]  3/21 7/15 8/8 8/11 10/8
 10/12 10/14 12/9 12/16 12/22 16/20
 19/9 19/10 19/11 19/11 19/16 19/24
 20/3 20/21 21/20 22/15 23/8 23/9
 23/22 25/5 25/5 31/5 31/14 31/25
 33/12 35/3 36/13 37/12 38/1 39/21
 40/25

ought [1]  7/6
ourselves [2]  17/5 23/25
out [16]  6/15 12/17 12/19 14/2 15/10
 18/11 20/1 20/21 21/13 21/14 21/16
 22/9 22/10 22/22 32/16 36/7
outlined [1]  6/13
outpatient [1]  39/9
over [5]  21/19 28/13 29/22 33/9 38/8
over-the-counter [1]  28/13
owing [1]  39/23
own [4]  16/9 22/17 32/12 33/13
owned [1]  15/19

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
p.m [1]  43/3
page [3]  8/20 9/2 9/3
PAGES [1]  1/7
pain [2]  18/11 18/14
PALM [5]  1/5 1/15 1/24 15/18 43/11
paper [1]  40/20
paragraph [7]  6/20 6/21 6/22 8/20 9/3
 9/4 40/12
paragraphs [1]  6/13
parasites [1]  28/17
Pardon [1]  25/3
part [2]  16/14 34/20
participate [2]  31/19 39/6
participated [1]  15/8
participating [1]  30/3
participation [1]  39/9
particular [2]  23/23 24/6 25/1
parties [1]  2/24
parts [1]  19/17
party [2]  39/14 41/10
pass [1]  7/14
past [3]  22/18 26/14 26/19
pat [1]  23/5
PAUL [2]  1/14 2/13
pause [1]  3/25
pay [8]  31/12 37/8 37/10 39/13 39/18
 39/23 40/7 40/9
paying [1]  21/21
payment [2]  37/8 39/14
penalties [1]  39/23
pendency [1]  14/18
pending [1]  15/21
Pennsylvania [1]  22/17
Pensacola [2]  30/10 42/5
people [20]  3/12 10/1 22/18 22/23
 23/11 24/1 27/1 27/2 27/3 30/7 30/8
 30/12 33/9 34/2 34/7 34/8 34/11
 35/25 36/6 38/18
per [1]  37/8
percent [2]  37/6 37/10
period [3]  24/12 25/21 36/24
person [14]  12/7 12/24 15/6 15/9
 15/12 15/15 15/25 21/25 25/17 27/8
 29/18 32/22 33/7 40/1
person's [1]  21/19
personal [2]  28/9 39/17
pharmacies [3]  18/22 18/23 19/11
pharmacy [3]  28/4 28/22 29/3
pharmacy-type [1]  28/4
phonetic [2]  2/16 19/20
picture [1]  29/17

piece [1]  40/19
pieces [1]  19/11
place [4]  19/16 23/2 24/23 30/10
placed [1]  37/15
places [1]  20/3
Plaintiff [1]  1/4
plan [2]  14/24 28/7
plans [2]  31/17 31/17
play [1]  27/18
played [1]  27/17
playing [1]  28/5
plea [4]  3/1 3/1 3/2 40/12
plead [3]  7/8 12/8 22/1
pleading [1]  7/23
pleadings [1]  20/11
pleads [1]  6/6
please [5]  2/2 18/5 18/19 37/25 40/17
pled [8]  10/1 10/6 14/14 20/13 21/17
 21/25 22/1 24/20
plus [1]  9/8
pod [1]  21/10
pods [1]  30/8
point [7]  5/1 17/3 20/1 21/24 22/11
 28/1 28/20
police [1]  35/2
poor [1]  26/13
position [3]  4/12 7/25 41/3
positive [1]  27/8
possess [1]  38/4
possessing [1]  38/2
possible [1]  3/15
possibly [1]  28/8
potential [7]  14/17 16/5 18/10 18/12
 23/12 25/12 26/2
potentially [1]  15/4
pounds [1]  29/15
practices [1]  19/12
practitioners [1]  31/18
prefer [1]  18/21
preliminary [4]  16/15 38/15 38/19
 38/22
premiums [1]  31/12
prepare [1]  3/3
prescriptions [2]  18/11 34/13
present [2]  2/21
presented [1]  19/25
presentence [7]  3/3 4/2 4/9 5/9 6/14
 8/18 29/17
president [1]  29/1
pressure [2]  29/22 29/23
pretrial [3]  23/15 24/15 24/15
pretty [2]  3/13 32/23
prevent [2]  17/20 21/1
previously [4]  4/13 8/21 9/4 38/20
price [1]  19/18
prior [2]  12/25 22/6
prison [1]  37/4
Prisons [5]  23/21 36/18 41/24 42/11
 42/19
proactively [1]  12/21
probably [3]  18/20 18/21 35/1
probation [14]  3/2 4/11 5/16 6/11 6/24
 8/23 9/11 19/3 23/16 25/20 25/20
 25/21 38/8 40/3
problem [7]  14/5 17/19 17/22 21/3
 23/19 24/13 26/16

**P**

proceedings [4]  2/6 39/21 43/3 43/6
process [1]  3/7
produce [2]  3/18 17/13
professed [1]  15/5
profit [1]  19/19
profitable [1]  31/7
program [8]  23/21 30/4 30/9 30/11
 39/7 42/1 42/14 42/15
progress [1]  12/18
prohibited [1]  38/2
prohibits [1]  37/11
promised [1]  23/6
promote [1]  35/15
proper [1]  32/5
properly [2]  3/23 30/24
property [2]  24/17 40/1
proponent [1]  11/18
prosecuted [1]  12/24
prosecution [2]  12/3 26/20
prosecutor [1]  30/20
protection [1]  25/16
proteins [1]  30/2
provide [2]  39/15 39/19
provided [2]  3/5 15/19
provider [1]  39/11
PSI [1]  23/14
public [4]  19/14 31/11 31/21 32/11
punish [1]  32/12
punished [1]  26/14
punishment [2]  25/4 25/15
purchase [1]  14/10
purposes [1]  39/20
pursuant [1]  11/7
pursued [1]  16/4
putting [1]  12/2
pyramid [2]  31/4 31/24

**Q**

quarter [1]  37/8
question [8]  7/5 11/19 14/3 16/23
 17/17 17/18 31/2 31/25
questions [1]  25/12
quite [4]  12/7 30/24 34/16 34/19

**R**

raised [1]  4/15
ran [1]  21/12
range [2]  9/4 32/9
ranking [1]  22/16
rapidly [1]  22/9
rather [3]  22/9 32/7 37/22
RDAP [3]  23/20 30/11 42/1
reach [1]  36/25
read [1]  21/8
real [1]  18/13
realize [2]  26/15 38/11
realized [1]  23/19
really [18]  5/24 7/2 12/16 18/13 18/14
 26/17 29/16 30/9 30/10 30/12 31/1
 32/18 33/25 35/12 35/18 37/18 38/2
 42/17
reason [1]  40/8
reasonable [2]  40/2 40/3
reasons [1]  25/14
received [4]  4/10 22/4 22/7 26/1

recognize [4]  7/24 26/13 27/6 35/10
recognized [1]  26/20
recognizes [1]  23/19
recognizing [1]  2/11
recommend [5]  8/7 11/5 32/8 41/24
 42/4
recommendation [4]  3/19 10/3 10/17
 17/14
recommendations [1]  33/6
recommended [2]  4/21 5/17
recommending [1]  16/25
record [5]  12/22 14/21 15/15 38/19
 40/4
recorded [3]  13/3 15/9 16/2
recording [3]  15/7 19/23 23/5
records [6]  13/8 13/10 13/12 13/18
 13/21 14/20
reduce [1]  11/10
reduction [3]  6/7 6/10 11/17
referred [1]  37/5
referring [1]  20/25
reflect [1]  40/4
reflects [1]  35/14
regard [1]  38/3
regarding [5]  15/19 15/24 15/25 16/17
 17/7
rehabilitation [1]  25/15
relate [1]  4/20
release [10]  24/15 25/20 37/9 37/14
 37/15 37/21 37/24 38/1 38/7 39/25
remaining [1]  4/17
remarkable [3]  33/13 34/1 34/16
remarkably [1]  34/6
remember [3]  2/24 28/14 37/25
remit [1]  37/6
removal [1]  27/21
rendered [1]  39/12
report [7]  3/3 3/4 4/2 4/3 6/14 8/18
 29/17
REPORTED [1]  1/22
Reporter [2]  1/23 43/9
reports [1]  4/10
represent [3]  24/1 40/17 40/18
represented [1]  40/23
request [4]  21/6 32/3 41/23 42/19
requested [1]  39/20
requesting [1]  11/16
requests [1]  26/25
required [1]  33/16
requirement [1]  40/6
requires [1]  17/16
reserve [2]  11/3 17/6
residence [1]  21/1
resolution [2]  5/7 18/9
resolved [1]  4/15
resort [2]  8/7 32/19
respect [3]  19/9 35/15 37/3
respected [1]  34/9
respectfully [1]  18/16
responsibility [9]  5/10 5/13 6/4 6/7
 6/10 7/11 7/12 27/10 34/21
responsible [2]  18/6 24/9 24/10
responsibly [1]  38/3
restaurant [2]  23/4 23/5
restitution [8]  36/22 37/2 37/3 37/7
 37/9 37/10 37/13 40/6

result [3]  15/13 22/13 33/20
resulted [2]  20/12 23/16
retain [1]  36/23
returns [1]  39/22
Revenue [4]  16/9 39/18 39/19 39/24
revoked [1]  6/16
rewards [1]  26/5
Richardson [2]  39/1 42/8
RICO [1]  32/9
risk [1]  27/4
risks [1]  36/2
RMR [2]  1/22 43/9
Road [2]  21/7 21/19
Robelle [1]  19/20
role [1]  12/14
roles [1]  12/16
Room [1]  43/10
rose [1]  22/19
rounded [1]  28/19
Rule [1]  41/2
ruling [2]  8/22 17/6
run [9]  9/12 10/14 10/15 10/16 32/4
 32/20 33/21 36/15 36/20
runs [1]  37/20

**S**

safety [2]  33/13 33/14
said [8]  10/20 18/16 21/12 21/20
 31/16 31/23 34/1 36/3
sale [1]  20/16
same [9]  3/13 3/13 9/3 10/14 15/9
 21/10 24/22 34/18 36/20
sat [1]  31/15
satisfaction [1]  37/6
satisfy [1]  37/13
save [1]  8/11
saved [1]  6/7
saw [2]  21/11 21/14
say [10]  8/2 15/4 18/2 19/7 23/9 24/25
 25/20 31/8 35/17 35/25
saying [1]  1/23
says [1]  37/17
scare [1]  20/20
scared [1]  21/15
scheme [2]  18/24 35/20
schemes [1]  18/24
school [3]  28/6 28/8 28/11
SCHWARTZ [15]  1/14 2/13 5/2 11/12
 13/24 18/5 18/17 19/21 20/10 21/23
 22/14 23/10 30/16 34/19 41/12
search [3]  31/9 40/1 40/2
seated [1]  2/3
second [6]  4/1 4/5 4/4 5/17 6/20 9/21
secondly [2]  39/6 42/16
Section [3]  11/8 17/15 33/1
secure [1]  23/12
security [1]  42/17
seducing [1]  34/11
seeking [1]  34/9
seem [1]  32/23
seemed [1]  33/7
seems [1]  23/14
sees [1]  16/24
seisures [1]  21/2
send [1]  32/11
sends [2]  26/4 31/21

**S**

sentence [25]  3/8 8/6 8/7 10/15 11/10
 17/21 17/25 22/4 22/8 24/8 25/18
 25/22 25/22 25/23 25/25 26/4 26/4
 26/5 27/11 32/11 35/14 36/13 40/14
 40/22 41/11
sentenced [2]  14/15 24/8
sentences [6]  10/12 10/21 25/25
 32/20 36/14 36/20
sentencing [4]  1/10 3/9 3/11 25/15
separate [5]  7/6 18/22 20/5 22/24
 22/25
separately [1]  7/16
serious [12]  7/4 7/9 7/16 12/1 18/7
 22/23 22/23 25/1 25/4 27/19 36/9
 38/3
seriously [1]  33/5
seriousness [1]  35/15
served [1]  37/22
Service [5]  16/9 21/18 39/18 39/19
 39/24
services [3]  23/15 24/15 39/12
set [4]  9/4 20/6 36/14 37/7
seven [1]  19/23
seventy [1]  9/12
seventy-six [1]  9/12
several [2]  20/6 31/13
severity [1]  26/21
sexual [1]  22/6
shop [1]  28/12
short [1]  24/11
shoulder [1]  28/1
shouldn't [1]  11/2
shown [1]  17/25
shut [1]  31/9
side [2]  3/5 30/22
sides [1]  41/8
significant [7]  11/21 12/6 15/9 23/10
 25/17 26/4 27/11
similar [2]  10/7 18/24
similarly [1]  24/9
simply [1]  18/7
since [4]  21/7 21/16 26/15 28/9
singular [1]  20/16
sit [1]  15/14
situation [3]  12/6 24/6 40/5
situations [1]  10/1
six [1]  9/12
sixty [2]  6/23 9/10
Sixty-four [1]  6/23
sixty-two [1]  9/10
slight [1]  28/8
small [3]  19/7 19/7 19/8
smart [1]  33/8
sneaked [1]  19/17
sniffed [1]  22/22
sober [1]  26/18
soccer [1]  27/17
society [1]  27/8
software [1]  34/15
sold [2]  14/12 18/15
some [14]  9/25 9/25 19/25 22/10
 25/21 26/13 27/19 32/22 32/24 33/12
 34/11 35/3 36/25 40/24
somebody [2]  6/5 42/11
someone [1]  35/19

something [5]  4/13 13/15 21/21 22/12
 31/21
sometimes [5]  4/11 33/9 34/2 36/8
 37/5
sophisticated [3]  12/15 31/7 33/18
Sorry [1]  14/4
sounds [2]  34/1 41/4
SOUTHERN [1]  1/1
speak [4]  11/13 18/3 29/11 30/16
special [5]  2/14 2/15 38/10 39/2 40/10
specialized [1]  28/15
specifically [2]  18/23 19/13
spoke [1]  11/23
spoken [1]  30/7
sports [4]  27/18 27/23 27/25 28/5
spread [1]  19/6
sprung [1]  20/1
stack [1]  8/1
stacked [1]  7/19
stacking [5]  5/16 7/18 7/22 17/3 32/19
staggering [1]  32/24
standard [2]  38/6 38/9
start [4]  2/11 3/8 8/20 32/7
started [5]  28/11 29/19 29/21 31/24
 32/16
starting [1]  33/19
starts [1]  23/20
state [3]  22/7 24/15 38/18
STATES [13]  1/1 1/3 1/11 2/9 2/14
 3/12 17/15 19/18 19/25 33/1 36/18
 40/10 43/10
statute [3]  3/20 7/24 22/7
statutes [1]  32/4
statutory [5]  9/16 9/19 10/2 17/2 32/19
stay [1]  26/18
stays [1]  9/3
step [1]  3/7
Stephens [4]  24/7 24/9 24/13 24/17
still [3]  21/16 31/14 31/17
stone [1]  23/13
stop [1]  17/20
stopped [1]  29/22
stopping [1]  19/16
stopping-off [1]  19/16
stops [1]  23/19
strategy [1]  13/20
street [3]  1/23 21/16 43/10
strict [1]  30/11
stupid [1]  23/13
submit [1]  39/25
subpoenaed [1]  13/8
substance [2]  12/11 39/7
substantial [3]  16/23 25/21 25/22
substantially [1]  32/2
such [1]  16/11
sufficient [1]  32/10
suggest [4]  18/16 21/23 25/16 42/12
suggested [3]  7/23 19/2 25/24
suggesting [2]  11/8 21/2
suggestions [1]  21/6
Suite [1]  1/18
sum [2]  37/10 40/10
supervised [8]  11/19 25/20 37/15
 37/21 37/23 38/1 38/7 39/25
supplement [1]  18/18
supplemental [1]  39/8

suppose [1]  34/1
supposed [1]  21/12
Supreme [1]  3/8
sure [18]  3/24 4/2 4/4 4/7 8/18 9/14
 9/24 12/8 19/15 20/24 21/24 22/21
 25/12 29/25 34/10 35/18 35/25 41/21
surgeries [2]  27/24 28/1
surrendered [1]  16/13
system [4]  3/16 28/17 34/4 34/4

**T**

T.K [1]  1/10
table [1]  26/6
take [11]  4/1 13/12 15/14 23/22 27/10
 31/20 33/5 34/12 40/14 40/16 40/19
taken [1]  21/18
takes [2]  23/19 35/19
taking [4]  18/13 19/15 29/19 29/21
talk [8]  5/12 5/25 6/4 6/24 8/6 19/10
 24/2 33/2
talked [2]  20/15 21/25 22/16
talking [7]  14/25 20/4 20/25 34/12
 36/4 41/23 42/15
Tallahassee [2]  42/3 42/5
tape [2]  13/11 14/7
target [3]  12/1 13/9 19/23
targeted [1]  19/14
targets [2]  30/22 31/14
tax [2]  39/18 39/22
taxes [1]  39/23
tell [8]  5/12 18/20 23/17 29/9 29/13
 36/24 40/13 42/11
telling [1]  28/14
ten [1]  22/8
ten-year [1]  22/8
tenth [1]  34/5
term [5]  36/18 37/15 37/16 37/23
 37/24
terminate [1]  25/19
terms [3]  12/11 33/13 38/10
Terren [1]  2/15
testify [1]  16/6
than [9]  9/16 10/2 10/21 18/1 22/10
 25/23 26/1 32/7 42/18
that [311]
that I [1]  26/13
theft [1]  24/16
their [11]  2/11 19/15 20/20 24/23
 24/23 30/24 33/6 33/11 34/3 34/9
 41/8
theory [2]  3/12 6/5
therapy [2]  28/6 28/11
there [36]  3/16 4/10 4/17 4/23 4/23
 5/2 5/6 7/5 7/21 9/7 13/7 16/5 16/5
 16/23 18/21 19/10 19/24 21/11 23/6
 23/23 24/4 28/9 28/24 29/3 29/5 29/9
 30/6 31/1 31/14 31/24 35/1 35/3 40/6
 40/25 42/13 42/22
therefore [3]  6/16 9/22 36/16
they [52]
thing [5]  10/7 19/5 23/13 23/22 35/12
things [15]  7/19 14/9 16/20 18/17 19/9
 20/14 21/23 30/1 33/12 34/25 35/2
 35/3 40/24 40/25 42/13
think [22]  11/5 13/15 17/12 17/15
 18/10 18/20 18/21 19/2 20/9 22/21

## T

think... [12]  24/18 25/21 26/7 32/23
 34/20 35/7 36/5 36/13 37/17 42/12
 42/14 42/16
third [6]  12/7 17/1 17/1 32/8 32/10
 39/14
third-party [1]  39/14
though [1]  33/25
thought [1]  36/1
thoughtful [1]  33/5
threats [3]  6/15 7/2 23/16
three [11]  5/9 9/8 11/24 22/24 22/25
 29/24 37/15 37/16 37/17 37/21 37/24
three-year [1]  37/24
throat [1]  21/15
throughout [1]  21/22
time [20]  5/20 6/8 9/13 10/14 12/19
 15/21 16/19 18/25 20/2 20/3 20/17
 22/3 22/11 23/4 24/12 24/14 25/6
 34/19 36/20 40/3
times [1]  4/10
Title [3]  17/14 33/1 33/16
today [9]  3/6 4/12 5/7 8/22 17/20
 23/17 32/16 40/15 41/7
together [8]  8/17 30/9
told [7]  3/8 3/23 12/15 13/6 14/16
 33/21 38/17
tolerated [1]  31/22
too [2]  4/8 29/23
took [2]  15/15 23/2
top [5]  31/4 31/6 31/23 32/8 36/13
totality [1]  33/24
tough [1]  13/14
toward [2]  37/6 37/8
trainer [1]  28/9
TRANSCRIPT [1]  1/10
transcription [1]  43/6
transferred [1]  13/19
treated [2]  3/14 7/6
treatment [6]  26/17 27/12 39/7 39/8
 39/10 39/11
trial [2]  6/8 16/4
TRICARE [1]  16/17
tried [1]  36/12
trite [1]  34/2
true [2]  30/11 36/5
try [5]  3/11 24/5 24/5 35/5 35/20
trying [4]  14/2 16/19 30/2 30/12
tube [1]  33/22
turn [10]  2/18 3/20 4/16 6/11 7/17
 8/22 11/12 17/14 30/15 33/1
turning [3]  34/7 34/8 41/12
two [21]  3/7 5/8 9/10 9/10 9/12 10/13
 15/18 17/16 21/19 22/8 22/15 22/18
 25/11 26/1 28/1 32/4 32/4 34/24
 40/11 41/18 42/13
two-step [1]  3/7
type [3]  15/20 28/4 32/11
types [2]  19/9 36/5

## U

U.S [2]  1/14 15/25
ultimately [4]  3/18 9/11 12/4 17/13
under [7]  6/17 10/11 10/21 11/17
 13/19 15/10 18/6
undercover [2]  15/3 15/8

understand [10]  4/9 4/22 4/25 7/9
 7/19 8/10 9/25 11/1 11/7 14/3
understanding [5]  18/13 28/3 28/20
 30/21 34/3
undertaking [1]  30/24
unequivocally [1]  15/11
unexpected [1]  37/12
unfortunately [1]  35/11
UNICOR [1]  37/5
uniformity [1]  3/11
UNITED [13]  1/1 1/3 1/11 2/9 2/14
 3/12 17/14 19/17 19/25 33/1 36/17
 40/10 43/10
unless [1]  4/13
until [1]  17/7
unusual [1]  33/7
up [9]  9/18 12/25 16/5 16/13 20/6
 28/22 28/23 35/4 41/5
upon [9]  16/19 19/3 31/12 32/5 32/7
 35/19 37/9 37/14 39/13
us [11]  3/8 3/23 8/19 12/15 12/17
 14/16 16/11 21/21 24/2 26/3 30/25
use [3]  7/11 18/21 38/4
used [1]  19/16
using [1]  37/12
usually [1]  33/10

## V

valuable [1]  33/11
value [1]  31/22
various [2]  24/1 31/16
vegetables [1]  30/1
venture [1]  34/15
versus [1]  2/9
very [37]  4/6 7/4 7/9 7/9 7/15 7/15
 11/21 12/1 12/6 15/9 15/11 15/11
 16/9 20/13 21/8 21/11 21/17 22/8
 22/23 22/23 22/23 23/13 26/13 29/12
 30/11 30/13 31/4 32/1 32/14 33/5
 33/18 33/21 35/13 36/25 40/24 41/4
 42/18
veteran's [1]  16/18
Vice [1]  29/1
victims [1]  36/22
view [2]  5/1 32/5
violations [1]  22/6
violence [1]  22/18
violent [1]  15/6
voluntarily [1]  6/17

## W

wages [1]  37/6
waiting [2]  21/18 22/12
waived [1]  21/14
walk [1]  8/18
walked [1]  22/22
want [14]  7/13 7/19 33/2 35/22 38/3
 38/6 39/4 39/6 39/15 39/17 40/4
 40/15 41/1 42/10
wanted [1]  29/9
wants [1]  17/3
warrant [1]  31/9
was [86]
wasn't [1]  14/23
way [5]  7/14 22/24 32/18 34/19 38/11
ways [1]  10/13

we [55]
weapon [2]  14/10 14/12
weapons [5]  13/13 13/14 14/8 15/5
 21/1
wearing [1]  15/6
weight [2]  12/2 29/14
welcome [2]  2/17 41/2
well-rounded [1]  28/19
went [5]  16/22 19/6 21/17 28/6 29/5
WEST [5]  1/5 1/15 1/24 15/18 43/11
whatever [4]  4/4 17/19 18/2 39/10
wherever [1]  21/22
whether [6]  13/4 17/18 27/1 27/2
 34/10 36/5
while [5]  6/14 23/14 32/22 37/25
 39/25
white [1]  36/4
whole [2]  3/16 34/14
why [8]  4/16 6/9 6/11 8/17 11/12 17/4
 17/25 23/20
wife [6]  6/15 21/16 23/17 26/22 27/4
 35/7
willing [2]  8/10 31/19
wisdom [1]  27/13
wish [1]  34/5
withdraw [1]  6/17
within [4]  5/5 7/10 8/14 40/21
without [1]  12/10
won't [1]  3/16
word [2]  34/10 36/7
work [1]  16/19
worked [1]  29/4
working [3]  28/11 28/21 29/3
world [1]  19/17
worth [2]  24/17
write [1]  34/13

## Y

Yasmany [1]  2/15
Yeah [1]  6/19
year [7]  9/8 10/6 10/8 22/8 37/16
 37/20 37/24
years [7]  9/8 10/5 11/24 22/5 29/2
 37/15 37/16
yep [1]  6/23
yes [20]  2/5 6/2 6/12 7/1 7/3 8/15 8/16
 8/24 10/10 10/24 10/25 11/15 13/24
 14/5 17/10 29/6 30/18 37/19 38/23
 38/25
York [1]  15/11
you [136]
young [1]  35/17
younger [3]  28/10 34/25 35/4
yourself [2]  35/5 40/16